UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA, *ex rel.* ) | |
| CURTIS J. LUSBY, ) | |
|         Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:03-CV-0680-SEB-WTL |
| ) | |
| ROLLS-ROYCE CORPORATION, ) | |
|         Defendant. ) | |

A M E N D E D   J U D G M E N T

For the reasons set forth in this Court's Entry of September 10, 2008 and this Court's Order of September 16, 2008, it is hereby, ORDERED, ADJUDGED AND DECREED, that this cause is dismissed with prejudice as to a ll claims raised by the Relator, and dismissed without prejudice as to all claims of the United States.

Dated: 09/16/2008

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Edward A. McConwell, Sr.
ed@mcconwell.com

Joseph Striewe
joestriewe@striewelaw.com

Koryn Michelle Markham
koryn.markham@btlaw.com

Peter Abernethy Morse, Jr
pmorse@btlaw.com

Richard P. Winegardner
rwinegar@btlaw.com

Jill E. Zengler, AUSA
Jill.Zengler@usdoj.gov