*S16681*

# INVOICE

**CONNOR+ASSOCIATES**
1650 ONE AMERICAN SQUARE
INDIANAPOLIS, IN 46282
317-236-6022
317-236-6015(F)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 11410 | 5/10/2007 | 10426 |
| **Job Date** | **Case No.** | |
| 5/1/2007 | | |

| **Case Name** | |
|---|---|
| LUSBY VS. ROLLS ROYCE | |
| **Payment Terms** | |
| Net 30 | |

MAY 1 5 2007

Richard P. Winegardner
BARNES & THORNBURG
11 S. Meridian Street
Suite 500
Indianapolis, IN 46204-3535

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

Curtis J. Lusby                                                                        1,989.20

                                                    TOTAL DUE  >>>          $1,989.20
                                                    AFTER 6/9/2007  PAY          $2,148.34

*Ok to Pay*
*Richard P. Winegardner*
*27163/124*

**PAID**
JUN 0 1 2007
*Megan A Norris*

**Tax ID:** 35-1349523

*15*

**EXHIBIT**

**1**