| SOLICITATION/CONTRACT | THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) | RATING ** | PAGE 1 | 37 |
|---|---|---|---|---|

BIDDER/OFFEROR TO COMPLETE BLOCKS 1, 3,15,21,22, & 27.

| 2 CONTRACT NO | 3. AWARD/EFFECTIVE DATE | 4. SOLICITATION NUMBER | 5. SOLICITATION TYPE | | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|---|
| F34601-98-G-0011 | 14 MAY 1998 | N/A | ☐ SEALED BIDS (IFB)   ☐ NEGOTIATED (RFP)   N/A | | N/A |

7. ISSUED BY     CODE   FA8104

DEPARTMENT OF THE AIR FORCE
OC-ALC/DIR  CONTRACTING/PROPULSION
3001 STAFF DR  STE 1AG81
TINKER AIR FORCE BASE OK 73145-3032

BUYER: JIM STEPHENS/LPDPA/[405]739-5501    NO COLLECT CALLS

8. THIS ACQUISITION IS   N/A
☐ UNRESTRICTED
☐ SET ASIDE :   % FOR
☐ SMALL BUSINESS
SIC :      SIZE STANDARD :
☐ LABOR SURPLUS AREA CONCERNS
☐ COMBINED SMALL BUSINESS & LABOR SURPLUS AREA CONCERNS
☐ OTHER

9   SOLICITATION: N/A

31 Jul 01

MAILING DATE   1998 MAY 14

10. ITEMS TO BE PURCHASED (BRIEF DESCRIPTION)
☐ SUPPLIES ☐ SERVICES   N/A

11. IF OFFER IS ACCEPTED BY THE GOVERNMENT WITHIN _____ CALENDAR DAYS (60 CALENDAR DAYS UNLESS OFFEROR INSERTS A DIFFERENT PERIOD) FROM THE DATE SET FORTH IN BLK 9 ABOVE. THE CONTRACTOR AGREES TO HOLD ITS OFFERED PRICES FIRM FOR THE ITEMS SOLICITED HEREIN AND TO ACCEPT ANY RESULTING CONTRACT SUBJECT TO THE TERMS AND CONDITIONS STATED HEREIN   N/A (SEE K-32)

12 ADMINISTERED BY     CODE   S1504A

~~DPRO-GMC-ALLISON~~ DCMC ALLISON ENGINE COMPANY
2001 SOUTH TIBBS AVE
INDIANAPOLIS IN 46241-4812

13 CONTRACTOR OFFEROR   CODE   63005   FACILITY CODE

ALLISON ENGINE CO INC
2001 S TIBBS AVE
INDIANAPOLIS IN 46241 4893

PAS #: **     SCD: **

TELEPHONE NO
☐ CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

SIZE CODE: A

14 PAYMENT WILL BE MADE BY     CODE   HQ0339
DFAS-CO-JW
WEST ENTITLEMENT OPERATIONS
PO BOX ~~18238~~ 182266
COLUMBUS OH  43218-~~2381~~ 2.266

SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK:

15 PAY DISCOUNT

16 AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION   **
☐ 10 USC 2304 (C)( )
☐ 41 USC 253 (C)( )

| 17 ITEM NO | 18 SCHEDULE OF SUPPLIES/SERVICES | 19 QUANTITY | 20 UNIT | 21 UNIT PRICE | 22 AMOUNT |
|---|---|---|---|---|---|
| | ** TO BE CITED ON EACH ORDER | | | | |
| | ALLISON'S LETTER DATED 1 MAY 98 IS INCORPORATED BY ATTACHMENT. | | | | |
| | REMITTANCE ADDRESS TO BE CITED ON EACH ORDER FOR EFT PAYMENTS: BANK OF BOSTON 100 FEDERAL STREET BOSTON, MA ~~02106~~ 02110 ACCT # 561-01265   ABA # 011000390 | | | | |

Exhibit 1

23 ACCOUNTING AND APPROPRIATION DATA
**

24. TOTAL AWARD AMOUNT (FOR GOVT USE ONLY)
INDEFINITE

25 ☒ CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN _____ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET TH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY CONTINUATION SHEETS SUBJECT HE TERMS AND CONDITIONS SPECIFIED HEREIN.

26. ☐ AWARD OF CONTRACT : YOUR OFFER ON SOLICITATION NUMBER SHOWN IN BLOCK 4 INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN. IS ACCEPTED AS TO ITEMS :

27 SIGNATURE OF OFFEROR/CONTRACTOR

NAME AND TITLE OF SIGNER (TYPE OR PRINT)
M. DEVON KENNERLY
Contracts Manager

DATE SIGNED

28 UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER)

NAME OF CONTRACTING OFFICER
JIM STEPHENS

DATE SIGNED
14 May 98

STANDARD FORM 1447 (5-88)
Prescribed by GSA
FAR (48 CFR 53.215-1(g))

### PART I - THE SCHEDULE
### SECTION B
### SUPPLIES OR SERVICES AND PRICES/COSTS

B-1          CLAUSES AND PROVISIONS

(a) Clauses and provisions from the Federal Acquisition Regulation (FAR) and supplements thereto are incorporated in this document by reference and in full text. Those incorporated by reference have the same force and effect as if they were given in full text.

(b) Clauses and provisions in this document will be numbered in sequence, but will not necessarily appear in consecutive order.

B-75.          SUPPLIES AND SERVICES TO BE ORDERED

Contractor shall furnish to the Government such **supplies and services** as the Government may order hereunder, subject to this Agreement

### PART I - THE SCHEDULE
### SECTION C
### DESCRIPTION/SPECIFICATIONS/WORK STATEMENT

C-205.  252.211-7005   SUBSTITUTIONS FOR MILITARY OR FEDERAL          AUG 1997
                        SPECIFICATIONS AND STANDARDS
                        (IAW DFARS 211.273-4, and D.L. LTR 97-017 dated 20 AUG 97)
              (d)· (Offeror Insert Information for Each SPI Process)

SPI Process: <u>SEE ATTACHED ALLISON LETTER DATED 1 MAY 98.</u>

Facility: _____

Military or Federal Specification or Standard: _____

_____

Affected Contract Line Item and Subline Item Number and Requirement Citation:
_____
_____

Cognizant Administrative Contracting Officer:

_____
(Applicable when procuring previously developed items which· exceed the micro-purchase threshold)

### PART I - THE SCHEDULE
### SECTION D
### PACKAGING AND MARKING

D-1.          PRESERVATION, PACKAGING, PACKING AND MARKING
              REQUIREMENTS

Preservation, packaging, packing, and marking requirements shall be set forth in the individual order.

D-483C.  5352.247-9006  MARKING OF WARRANTED ITEMS (AFMC)          JUL 1997
                        (IAW AFMCFARS 5347.305-10(a)(92))
The Contractor shall mark the items or otherwise furnish notice with the items to show the existence of the warranty, its substance and duration; and the name, address, and telephone number of the person to notify if the items are defective in accordance with FAR 46.706(b)(5), Warranty terms and conditions.
(Applicable to orders when the items to be delivered are covered by a warranty)

D-488C.  5352.247-9011  PACKAGING AND MARKING OF HAZARDOUS          JUL 1997
                        MATERIAL (AFMC)
                        (IAW AFMCFARS 5347.305-10(a)(97))
Hazardous materials shall be prepared for shipment in accordance with the following applicable regulations for the individual shipment hazard, ultimate destination, and mode of transportation:

(a) Code of Federal Regulations (CFR) Title 29, Part 1910.1200;
(b) Code of Federal Regulations (CFR) Title 49;
(c) Air Force Joint Manual (AFJAM) 24-204, Preparing Hazardous Materials for Military Air Shipment;
(d) International Civil Aviation Organization (ICAO) Technical Instructions for the Safe Transport of Dangerous Goods by Air; and
(e) International Maritime Dangerous Goods (IMDG) Code.
(Applicable to orders when the delivery of commercial or military items involve hazardous material)

## PART I - THE SCHEDULE
### SECTION E
### INSPECTION AND ACCEPTANCE

E-1C  52.246-1    CONTRACTOR INSPECTION REQUIREMENTS              APR 1984
                  (IAW FAR 46 301)
      (Applicable to orders under $100,000)

E-1D  52.246-2    INSPECTION OF SUPPLIES--FIXED-PRICE            AUG 1996
                  (IAW FAR 46.302)
      (Applicable to all orders for supplies or services with supplies issued hereunder)

E-5   52.246-4    INSPECTION OF SERVICES--FIXED-PRICE            AUG 1996
                  (IAW FAR 46.304)
      (Applicable to orders for services or supplies with services issued hereunder)

E-15  52.246-11   HIGHER-LEVEL CONTRACT QUALITY REQUIREMENT      APR 1984
                  (GOVERNMENT SPECIFICATION)
                  (IAW FAR 46.311, and AFMC PKP Ltr dated 11 Jun 96 -
                  ISO 9000 Requirements)
      For the purposes of this clause the blank(s) is/are completed as follows:
      (b) ANSI/ASQC Q9003, QUALITY SYSTEMS--MODEL FOR QUALITY ASSURANCE IN FINAL
      INSPECTION AND TEST, or for the purposes of this solicitation and resulting
      contract the following documents are considered optional and equivalent and
      Offeror may choose option by checking the appropriate block:

      [ ] MIL-I-45208A INSPECTION SYSTEM (Military Specification)
      [ ] ISO 9003 - QUALITY SYSTEMS--MODEL FOR QUALITY ASSURANCE IN FINAL INSPECTION
          AND TEST (Overseas Offerors - Non-NATO)
      [ ] AQAP 130 - NATO QUALITY ASSURANCE REQUIREMENTS FOR PRODUCTION (ISO 9003)
          (NATO Offerors)

E-15C 52.246-11   HIGHER-LEVEL CONTRACT QUALITY REQUIREMENT      APR 1984
                  (GOVERNMENT SPECIFICATION)
                  (IAW FAR 46 311, and AFMC PKP Ltr dated 11 Jun 96 -
                  ISO 9000 Requirements)
      For the purposes of this clause the blank(s) is/are completed as follows:
      (b) ANSI/ASQC Q9002, QUALITY SYSTEMS--MODEL FOR QUALITY ASSURANCE IN PRODUCTION,
      INSTALLATION, AND SERVICING, or for the purposes of this solicitation and
      resulting contract the following documents are considered optional and equivalent
      and Offeror may choose option by checking the appropriate block:

      [ ] MIL-Q-9858A QUALITY PROGRAM (Military Specification)
      [ ] ISO 9002 - QUALITY SYSTEMS--MODEL FOR QUALITY ASSURANCE IN PRODUCTION,
      INSTALLATION, AND SERVICING (Overseas Offerors-Non-NATO)
      [ ] AQAP 120 - NATO QUALITY ASSURANCE REQUIREMENTS FOR PRODUCTION, INSTALLATION,
      AND SERVICING (ISO 9001) (NATO Offerors)
      (Applicable only if clause EO15E is specified in the individual order issued
      hereunder)

E-21  52.246-15   CERTIFICATE OF CONFORMANCE                     APR 1984
                  (IAW FAR 46.315)
      (Applicable to orders when Certificate of Conformance is specified)

E-22  52.246-16   RESPONSIBILITY FOR SUPPLIES                    APR 1984
                  (IAW FAR 46.316)

E-50             PLACE OF INSPECTION AND ACCEPTANCE
                  (IAW FAR 46.401(b) and 46.503)
      Place of inspection and acceptance shall be cited on each order

E-460   5352.246-9000   MATERIAL INSPECTION AND RECEIVING REPORT          JUL 1997
                        (OMB No. 0704-0248)(AFMC)
                        (IAW AFMCFARS 5346 370(90))
        (a)  As specified by DFARS, Appendix F, Table 2, a copy of DD Forms 250 shall be
        forwarded to the following address:

             (1)  Forward the purchasing office copy to: _____

             (2)  For shipments involving Military Assistance Program (MAP), Grant Aid
             (GA), or Foreign Military Sales (FMS) requirements, an additional copy shall
             be sent to: _____

             (3)  Additional distribution of DD Forms 250 is to be made to the following
             address(es): _____
             _____
             _____

        (b)  These special instructions shall be included in any subcontract hereunder
        where the items purchased from the subcontractor are to be shipped directly to
        the U.S. Government or to a foreign destination.

        (c)  If delivery of MAP, GA, or FMS items to foreign destinations is required,
        the copies of DD Forms 250 required by DFARS, Appendix F, Table 2, Material
        Inspection and Receiving Report, Special Distribution, shall be forwarded to the
        "ship to" address designated in the contract

        (Blanks shall be completed in the individual order.)

                              PART I - THE SCHEDULE
                                   SECTION F
                            DELIVERIES OR PERFORMANCE

F-23.   52.211-16      VARIATION IN QUANTITY                              APR 1984
                       (IAW FAR 11.703(a))
        See schedule for percentage of increase or decrease.
        (Applicable to orders for supplies)

F-24    52.211-17      DELIVERY OF EXCESS QUANTITIES                      SEP 1989
                       (IAW FAR 11.703(b))
        (Applicable to orders for supplies issued hereunder)

F-26.   52.242-15      STOP-WORK ORDER                                   AUG 1989
                       (IAW FAR 42.1305(b)(1))
        (Applicable to all orders issued hereunder)

F-29.   52.242-17      GOVERNMENT DELAY OF WORK                          APR 1984
                       (IAW FAR 42.1305(d))
        (Applicable to orders for supplies other than commercial or modified-commercial items)

F-30.   52.247-29      F.O.B. ORIGIN                                    JUN 1988
                       (IAW FAR 47.303-1(c))
        (Applicable to any order issued hereunder specifying f.o.b. origin)

F-32.   52.247-31      F.O.B. ORIGIN, FREIGHT ALLOWED                   JUN 1988
                       (IAW FAR 47.303-3(c))
        (Applicable to any order issued hereunder specifying f.o.b. origin, freight allowed)

F-33.   52.247-32      F.O.B. ORIGIN, FREIGHT PREPAID                   JUN 1988
                       (IAW FAR 47.303-4(c))
        (Applicable to any order issued hereunder specifying f.o.b. origin, freight prepaid)

F-34.   52.247-33      F.O.B. ORIGIN, WITH DIFFERENTIALS                JUN 1988
                       (IAW FAR 47.303-5(c))
        (c) (4)
                       _____ (carload, truckload, less-load,
                       _____ wharf, flatcar, driveaway, etc.)
        (Applicable to any orders issued hereunder specifying f.o.b. origin, with
        differentials)

F-36.   52.247-34      F.O.B. DESTINATION                               NOV 1991
                       (IAW FAR 47.303-6(c))
        (Applicable to f.o.b. destination orders)

F-65   52.247-48   F.O.B. DESTINATION--EVIDENCE OF SHIPMENT          JUL 1995
                   (DEVIATION)
                   (IAW FAR 47.305-4(c), and DDP Memo dated 6 Nov 97,
                   DAR Tracking #97-00010)

F-67   52.247-52   CLEARANCE AND DOCUMENTATION REQUIREMENTS--SHIPMENTS   APR 1984
                   TO DOD AIR OR WATER TERMINAL TRANSSHIPMENT POINTS
                   (IAW FAR 47.305-6(f)(2))
                   (Applicable to orders specifying overseas shipments only)

F-68   52.247-55   F.O.B. POINT FOR DELIVERY OF GOVERNMENT-FURNISHED    APR 1984
                   PROPERTY
                   (IAW FAR 47.305-12(a)(2))
                   (Applicable to any order when Government property is furnished and Government
                   will be responsible for transportation arrangements and cost)

F-69   52.247-57   TRANSPORTATION TRANSIT PRIVILEGE CREDITS            APR 1984
                   (IAW FAR 47.305-13(b)(4))
              (d)  RATE PER CWT IN CENTS _____
                   TO DESTINATION _____
                   (Applicable to orders when potential transit credits may apply)

F-70   52.247-58   LOADING, BLOCKING, AND BRACING OF FREIGHT CAR       APR 1984
                   SHIPMENTS
                   (IAW FAR 47.305-15(a)(2))
                   (Applicable to orders when shipment may be by carload lots by rail)

F-71   52.247-59   F.O.B. ORIGIN-CARLOAD AND TRUCKLOAD SHIPMENTS       APR 1984
                   (IAW FAR 47.305-16(a))
                   (Applicable to f.o.b. origin orders except for maintenance, repair, overhaul, PDM
                   and modification when shipment in carloads or truckloads is contemplated)

F-74   52.247-61   F.O.B. ORIGIN-MINIMUM SIZE OF SHIPMENTS             APR 1984
                   (IAW FAR 47.305-16(c))
                   (Applicable to f.o.b. origin orders when volume rates apply)

F-78   52.247-65   F.O.B. ORIGIN, PREPAID FREIGHT--SMALL PACKAGE       JAN 1991
                   SHIPMENTS
                   (IAW FAR 47.303-17(f))
                   (Applicable to any order issued hereunder specifying f.o.b. origin.)

F-470C. 5352.247-9000  COMMERCIAL BILL OF LADING SHIPMENTS -           JUL 1997
                   CARRIER'S RATES (AFMC)
                   (IAW AFMCFARS 5347.104-4(90))
                   The Contractor shall ensure that proposed carrier's rates are equal to or better
                   than rates available to the Government. Contact the transportation officer for
                   this contract, as identified by the Administrative Contracting Officer, for
                   confirmation that the proposed carrier's rates are no higher than those otherwise
                   available to the Government. List the shipping costs on the invoice to the
                   Government and attach a copy of the carrier's billing. Failure to properly
                   annotate the invoice and provide a copy of the carrier's billing may result in
                   those costs not being reimbursed or only partially reimbursed.
                   (Applicable to all cost-reimbursement and fixed-price F.O.B. origin orders
                   incorporating FAR 52.247-1, "Commercial Bill of Lading Notations")

F-471C. 5352.247-9001  F.O.B. ORIGIN, FREIGHT PREPAID (AFMC)          JUL 1997
                   (IAW AFMCFARS 5347.303-4(c)(90))
              (a)  In accordance with FAR 52.247-32, F.o.b. Origin, Freight Prepaid, the
                   specified F.o.b. point is:

                   ITEM                          F.O.B. POINT
              TO BE CITED ON EACH ORDER    TO BE CITED ON EACH ORDER

              (b)  Shipment(s) shall be made with freight transportation costs prepaid by the
                   Contractor, who shall verify with the freight shipment company that rates for
                   this/these shipment(s) are equal to or lower than those used for U.S. Government
                   shipments. If rates are not equal to or lower than those for Government
                   shipments, contact the Contracting Officer for additional instructions. Shipping
                   charges are to be shown as a separate item on the payment invoice. If the
                   charges are $100 or more, a copy of the freight charges invoice must be attached
                   to the payment invoice. Failure to properly annotate the invoice and provide a
                   copy of the carrier's bill may result in those costs being disallowed.
                   (Applicable to orders when the contracting officer and transportation office
                   determine it is in the best interest of the Government to authorize prepaid
                   freighting charges)

F-472C   5352.247-9002  F.O.B. ORIGIN, TRANSPORTATION INSTRUCTIONS (AFMC)   JUL 1997
                        (IAW AFMCFARS 5347.303-4(c)(91))

(a) General:
    (1) Failure to comply with these transportation instructions or those
    provided by the Cognizant Transportation Officer (CTO) may result in
    shipping charges not being fully reimbursed.
    (2) Freight/shipping charges are subject to verification before reimbursement.
    List freight/shipping charges as a separate item on the invoice and include
    a copy of the carrier's freight/shipping bill or pickup report.
    (3) Shipments shall not be insured at Government expense unless directed by
    the CTO.
    (4) Shipments shall not be divided in order to meet small package criteria.

(b) Specific:
    (1) APO Shipments. Mail prepaid through the United States Postal Service
    (USPS). The Contractor/shipper is required to contact the CTO, <u>N/A</u>, at <u>N/A</u>,
    if the shipment exceeds size and weight limitations for the USPS. If the
    priority designation is 01 through 08 use USPS priority mail. If priority
    is 09 through 15 use USPS fourth class mail.
    (2) 0 - 70 Pounds and Within Size Limitations (Other than APO Shipments).
    Ship prepaid freight by the least costly small package service/carrier.
    (3) 0 - 70 Pounds and Not Within Size Limitations or 71 - 999 Pounds.
    Contractor/Shipper is required to contact the CTO to obtain the low cost
    carrier information. The Contractor shall provide the following information:
    (i) number of packages, (ii) dimensions, (iii) gross weight per package,
    (iv) any special handling requirements. Annotate the Bill of Lading,
    "Transportation under this tender is for the U.S. Department of Defense, and
    the actual total transportation charges paid to the carrier(s) by the
    consignor or consignee are assignable to and are to be reimbursed by the
    Government."
    (4) 1,000 Pounds and Over. Contractor/shipper is required to contact the
    CTO at least 5 working days prior to shipment on less-than-truckload size
    shipments (less than 10,000 pounds) and 15 working days prior to shipment on
    truckload shipments (10,000 pounds and over). The Contractor shall provide
    the same information as in paragraph 3, above, in addition to the date the
    shipment will be available for delivery.
    (5) Shipment Not in the Above Categories. For Air Freight Shipments,
    Hazardous Material, Foreign Military Sales, or material requiring specialized
    equipment or handling, contact the CTO for instructions.
(Applicable to orders when the transportation administration is to be retained by
the contracting office with the concurrence of the transportation office)

F-477.   5352.247-9017  F.O.B. POINT FOR DELIVERY OF                  JUL 1997
                        GOVERNMENT-FURNISHED PROPERTY (AFMC)
                        (IAW AFMCFARS 5347.305-12(a)(90))
The f.o.b. point for delivery of Government-furnished property, as defined in FAR
52.247-55, F.o.b. Point for Delivery of Government-Furnished Property, shall be:
    (a)  <u>TO BE CITED ON APPLICABLE ORDERS</u>
    (b)  <u>TO BE CITED ON APPLICABLE ORDERS</u>
(Applicable when the orders includes FAR 52.247-55, F.o.b Point for Delivery of
Government-Furnished Property, and the Government will pay transportation costs
to the f.o.b point)

PART I - THE SCHEDULE
SECTION G
CONTRACT ADMINISTRATION DATA

G-1.                     ACCOUNTING AND APPROPRIATION DATA

Accounting and appropriation data will be set forth on individual orders issued
hereunder.

G-310.  **5352.232-9000  REMITTANCE ADDRESS**                           MAY 1996
                        (IAW AFFARS 5332.908)

If the remittance address is different from the mailing address, enter the
remittance address below. Failure to provide this information may impact payment.

EFT   Bank of Boston                          Non-EFT
      100 Federal Street
      Boston, MA 02110                        Allison Engine Company, Inc.
      ABA # 011-000390                        c/o SunTrust Bank
      Acct. # 561-01265                       P.O. Box 102950
      Acct. Name: Allison Engine Company      Atlanta, GA  30368-2950

PART I - THE SCHEDULE
SECTION H
SPECIAL CONTRACT REQUIREMENTS

H-57.                    INCORPORATION OF MAKE-OR-BUY PROGRAM
                        (IAW FAR 15.707)
        The make-or-buy program contained in <u>TO BE CITED ON APPLICABLE ORDERS</u> dated <u>TO BE</u>
        <u>CITED ON APPLICABLE ORDERS</u> is incorporated herein by reference.
        (Applicable when specified in the individual order or priced modification-
        Blanks shall be completed therein)

                        PART II - CONTRACT CLAUSES
                                SECTION I
                            CONTRACT CLAUSES

    FAR  52.252-2        CLAUSES INCORPORATED BY REFERENCE                  FEB 1998
                        (IAW FAR 52.107(b))
        The full text of a clause may be accessed electronically at this/these address(es):
        Regulations URLs:  (Click on the appropriate regulation )
        http://farsite.hill.af.mil/reghtml/far/httoc.htm
        http://farsite.hill.af.mil/reghtml/dfars/httoc.htm
        http://farsite.hill.af.mil/reghtml/affars/httoc.htm
        http://farsite.hill.af.mil/reghtml/afmcfars/httoc.htm

        NOTE:   After selecting the appropriate regulation above, at the "Table of
        Contents" page conduct a search for the desired regulation reference, using your
        browser's FIND function.   When located, click on the **regulation reference**
        (hyperlink)

    NO.  FAR PARA       CLAUSE TITLE                                       DATE

        The following clauses shall apply to all orders issued hereunder except as
        otherwise provided herein, or specifically within the clauses themselves:

I-11.  52.202-1         DEFINITIONS                                        OCT 1995
                        (IAW FAR 2.201)
        (Applicable to orders exceeding the Simplified Acquisition Threshold)
I-19.  52.203-3         GRATUITIES                                         APR 1984
                        (IAW FAR 3.202)
        (Not applicable in orders less than the simplified acquisition threshold,
        personal services and those between military departments or defense agencies and
        foreign governments that do not obligate any funds appropriated to the Department
        of Defense)
I-20.  52.203-5         COVENANT AGAINST CONTINGENT FEES                   APR 1984
                        (IAW FAR 3.404)
        (Applicable to orders exceeding the Simplified Acquisition Threshold)
I-21.  52.203-6         RESTRICTIONS ON SUBCONTRACTOR SALES TO THE         JUL 1995
                        GOVERNMENT
                        (IAW FAR 3.503-2)
        (Applicable to orders exceeding the Simplified Acquisition Threshold)

I-22.  52.203-7         ANTI-KICKBACK PROCEDURES                           JUL 1995
                        (IAW FAR 3.502-3)
        (Applicable to orders exceeding the Simplified Acquisition Threshold)
I-23.  52.203-8         CANCELLATION, RESCISSION, AND RECOVERY             JAN 1997
                        OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY
                        (IAW FAR 3.104-9(a))
        (Applicable to orders with a value exceeding the Simplified Acquisition Threshold)
I-25.  52.203-10        PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR             JAN 1997
                        IMPROPER ACTIVITY
                        (IAW FAR 3.104-9(b))
        (Applicable to all orders exceeding the Simplified Acquisition Threshold)
I-25C. 52.203-12        LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN        JUN 1997
                        FEDERAL TRANSACTIONS
                        (IAW FAR 3.808(b))
        (Applicable to orders over $100,000)
I-27.  52.204-2         SECURITY REQUIREMENTS                              AUG 1996
                        (IAW FAR 4.404(a))
        (Applicable to any order when a DD Form 254 is attached thereto)
I-39.  52.204-4         PRINTING/COPYING DOUBLE-SIDED ON RECYCLED PAPER    JUN 1996
                        (IAW FAR 4.304)
        (Applicable to orders greater than the Simplified Acquisition Threshold)
I-67C. 52.208-9         CONTRACTOR USE OF MANDATORY SOURCES OF SUPPLY      MAR 1996
                        (IAW FAR 8.003)

(Applicable to orders when Contractor is required to obtain mandatory supplies,
for use by the Government, from the Committee for Purchase from People Who are
Blind or Severely Disabled, and Clause B005 must be included in each individual order)

| I-78. | 52.209-6 | PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT (IAW FAR 9 409(b)) | JUL 1995 |

(Applicable to orders exceeding $25,000)

| I-83 | 52.211-5 | NEW MATERIAL (IAW FAR 11.302) | OCT 1997 |

(Applicable to supply items on individual orders issued hereunder)

| I-102 | 52.211-15 | DEFENSE PRIORITY AND ALLOCATION REQUIREMENTS (IAW FAR 11.604(b)) | SEP 1990 |
| I-128. | 52.215-2 | AUDIT AND RECORDS--NEGOTIATION (IAW FAR 15.209(b)(1)) | AUG 1996 |
| I-129G. | 52.215-8 | ORDER OF PRECEDENCE--UNIFORM CONTRACT FORMAT (IAW FAR 15.209(h)) | OCT 1997 |
| I-130C. | 52.215-9 | CHANGES OR ADDITIONS TO MAKE-OR-BUY PROGRAM (IAW FAR 15.408(a)) | OCT 1997 |

(Applicable to orders when a Make-or-Buy Program is incorporated therein)

| I-133C. | 52.215-10 | PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA (IAW FAR 15.408(b)) | OCT 1997 |

(Applicable to any negotiated order over $500,000, when cost or pricing data is required)

| I-134C. | 52.215-11 | PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA--MODIFICATIONS (IAW FAR 15.408(c)) | OCT 1997 |

(Applicable to any negotiated order over $500,000, where FAR 52.215-10 is not applicable, and cost or pricing data is required for pricing of contract modifications)

| I-135C | 52.215-12 | SUBCONTRACTOR COST OR PRICING DATA (IAW FAR 15.408(d)) | OCT 1997 |

(Applicable to any negotiated order over $500,000, when cost or pricing data is required)

| I-136C | 52.215-13 | SUBCONTRACTOR COST OR PRICING DATA-- MODIFICATIONS (IAW FAR 15 408(e)) | OCT 1997 |

(Applicable to any negotiated order over $500,000, where FAR 52 215-10 is not applicable, and cost or pricing data is required for pricing of contract modifications)

| I-137C | 52.215-14 | INTEGRITY OF UNIT PRICES (IAW FAR 15.408(f)(1)) | OCT 1997 |

(Applicable to negotiated orders exceeding the Simplified Acquisition Threshold)

| I-138C | 52.215-14 | INTEGRITY OF UNIT PRICES -- ALTERNATE I (IAW FAR 15 408(f)(2)) | OCT 1997 |

(Applicable to negotiated orders exceeding the Simplified Acquisition Threshold and contracting was without full and open competition)

| I-139C | 52.215-15 | TERMINATION OF DEFINED BENEFIT PENSION PLANS (IAW FAR 15.408(g)) | OCT 1997 |

(Applicable to solicitations and contracts for which it is anticipated that cost or pricing data will be required or for which any preaward or postaward cost determinations will be subject to part 31)

| I-142C | 52.215-17 | WAIVER OF FACILITIES CAPITAL COST OF MONEY (IAW FAR 15 408(i)) | OCT 1997 |

(Applicable only if specified in the individual order - To be specified when the Contractor does not propose facilities capital cost of money)

| I-146C. | 52.215-18 | REVERSION OR ADJUSTMENT OF PLANS FOR POSTRETIREMENT BENEFITS (PRB) OTHER THAN PENSIONS (IAW FAR 15.408(j)) | OCT 1997 |

(Applicable to solicitations and contracts for which it is anticipated that cost or pricing data will be required or for which any preaward or postaward cost determinations will be subject to part 31)

| I-147J. | 52.215-19 | NOTIFICATION OF OWNERSHIP CHANGES (IAW FAR 15.408(k)) | OCT 1997 |

(Applicable to orders for which it is contemplated that cost or pricing data will be required or for which any preaward or postaward cost determination will be subject to subpart 31.2)

| I-147K. | 52.215-21 | REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION OTHER THAN COST OR PRICING DATA--MODIFICATIONS (IAW FAR 15 408(m)) | OCT 1997 |

(Applicable in orders if it is reasonably certain that cost or pricing data or information other than cost or pricing data will be required for modifications)

I-180   52.216-24   LIMITATION OF GOVERNMENT LIABILITY        APR 1984
                    (IAW FAR 16.603-4(b)(2))
        For the purposes of this clause the blank(s) are completed as follows:
        (a)  TO BE CITED ON INDIVIDUAL ORDERS

        (b)  TO BE CITED ON INDIVIDUAL ORDERS
        (Applicable to all Unpriced Orders issued hereunder - Blanks shall be completed
        in the individual order)
I-214   52.219-8    UTILIZATION OF SMALL, SMALL DISADVANTAGED AND      JUN 1997
                    WOMEN-OWNED SMALL BUSINESS CONCERNS
                    (IAW FAR 19.708(a))
        (Applicable to orders exceeding the Simplified Acquisition Threshold except when
        performed entirely outside any State, territory or possession of the United
        States. The District of Columbia and the Commonwealth of Puerto Rico or personal
        services)
I-215   52.219-9    SMALL, SMALL DISADVANTAGED AND WOMEN-OWNED        AUG 1996
                    SMALL BUSINESS SUBCONTRACTING PLAN
                    (IAW FAR 19.708(b)(1))
I-216C  52.219-9    SMALL, SMALL DISADVANTAGED AND WOMEN-OWNED        MAR 1996
                    SMALL BUSINESS SUBCONTRACTING PLAN -- ALTERNATE II
                    (IAW FAR 19.708(b)(1)(iii))
        (Applicable to orders over $500,000)
I-223   52.219-16   LIQUIDATED DAMAGES--SUBCONTRACTING PLAN           OCT 1995
                    (IAW FAR 19.708(b)(2))
        (Applicable to orders when FAR 52.219-9 applies)
I-245   52.222-1    NOTICE TO THE GOVERNMENT OF LABOR DISPUTES        FEB 1997
                    (IAW FAR 22.103-5(a))
        (IAW AFMCFARS  5322.101-1(e), applicable in excess of $1,000,000; when overseas
        contractor; major modification/programmed depot maintenance and engine overhaul;
        Criticality Designator A; services; or for essential DOD Contractor Services
        During Crises (See DODI 3020.37))
I-247   52.222-3    CONVICT LABOR                                    AUG 1996
                    (IAW FAR 22.202)
        (Applicable to orders for services only wherein Clause I-263 does not apply)
I-248   52.222-4    CONTRACT WORK HOURS AND SAFETY STANDARDS ACT--    JUL 1995
                    OVERTIME COMPENSATION
                    (IAW FAR 22.305)
        (Applicable to orders exceeding the Simplified Acquisition Threshold when the
        order may require or involve the employment of laborers or mechanics except as
        specified in FAR 22.305)
I-263   52.222-20   WALSH-HEALEY PUBLIC CONTRACTS ACT                DEC 1996
                    (IAW FAR 22.610)
I-264   52.222-26   EQUAL OPPORTUNITY                                APR 1984
                    (IAW FAR 22.810(e))
I-267   52.222-28   EQUAL OPPORTUNITY PREAWARD CLEARANCE             APR 1984
                    OF SUBCONTRACTS
                    (IAW FAR 22.810(g), 44.204(a), (b), and (c))
        (Applicable to any order of $1,000,000 or more)
I-268   52.222-29   NOTIFICATION OF VISA DENIAL                      APR 1984
                    (IAW FAR 22.810(h))
        (Applicable when order specifies work in or on behalf of a foreign country)
I-274   52.222-35   AFFIRMATIVE ACTION FOR SPECIAL DISABLED AND      APR 1984
                    VIETNAM ERA VETERANS
                    (IAW FAR 22.1308(a)(1), and DFARS 222.1308(a)(1))
        (Applicable to any order of $10,000 or more)
I-276   52.222-36   AFFIRMATIVE ACTION FOR HANDICAPPED WORKERS       APR 1984
                    (IAW FAR 22.1408(a))
        (Applicable to any order over $2,500)
I-278   52.222-37   EMPLOYMENT REPORTS ON SPECIAL DISABLED VETERANS  JAN 1988
                    AND VETERANS OF THE VIETNAM ERA
                    (IAW FAR 22.1308(b))
        (Applicable to any order of $10,000 or more)
I-283   52.222-41   SERVICE CONTRACT ACT OF 1965, AS AMENDED         MAY 1989
                    (IAW FAR 22.1006(a))
        (Applicable when the order is subject to the Service Contract Act of 1965)

I-284.  **52.222-42**     STATEMENT OF EQUIVALENT RATES FOR FEDERAL HIRES     MAY 1989
(IAW FAR 22 1006(b))
For the purposes of this clause the blank(s) is/are completed as follows:
In compliance with the Service Contract Act of 1965, as amended, and the
regulations of the Secretary of Labor (29 CFR Part 4), this clause identifies the
classes of service employees expected to be employed under the contract and
states the wages and fringe benefits payable to each if they were employed by the
contracting agency subject to the provisions of 5 U.S C. 5341 or 5332.

THIS STATEMENT IS FOR INFORMATION ONLY:  IT
IS NOT A WAGE DETERMINATION

Employee Class      Monetary Wage - Fringe Benefits

\*                    \$\* \*
(Applicable when the order is subject to the Service Contract Act of 1965-
Blanks shall be completed in the individual order)

I-286.  **52.222-44**     FAIR LABOR STANDARDS ACT AND SERVICE CONTRACT     MAY 1989
ACT--PRICE ADJUSTMENT
(IAW FAR 22.1006(c)(2))
(Applicable when the order exceeds $100,000 and is a fixed price service contract
and I-283 applies)

I-292.  **52.223-2**      CLEAN AIR AND WATER     APR 1984
(IAW FAR 23.105(b))
(Applicable to orders exceeding the Simplified Acquisition Threshold)

I-293.  **52.223-3**      HAZARDOUS MATERIAL IDENTIFICATION AND MATERIAL     JAN 1997
SAFETY DATA
(IAW FAR 23.303(a))
(b)  Material                    Identification No
(If none, insert None)

_____     _____

_____     _____

(Applicable to orders when it is contemplated that the order will require the
delivery of hazardous materials as defined in FAR 23 301)
(Applicable in orders that provide for performance, in whole or in part, on a
Federal facility, unless facilities are outside the several states of the United
States, District of Columbia, and the Commonwealth of Puerto Rico)

I-295.  **52.223-6**      DRUG-FREE WORKPLACE     JAN 1997
(IAW FAR 23.505)
(Applicable to orders exceeding the Simplified Acquisition Threshold except if
performance is entirely outside the U.S., its territories, and its possessions)

I-297.  **52.223-10**     WASTE REDUCTION PROGRAM     OCT 1997
(IAW FAR 23.706)
(Applicable to orders for contractor operation of Government-owned or leased
facilities)

I-311.  **52.225-10**     DUTY-FREE ENTRY     APR 1984
(IAW FAR 25 605(a))
For the purposes of this clause the blank(s) are completed as follows:
(f)(3) The notation "UNITED STATES GOVERNMENT, DEPARTMENT OF DEFENSE,
Duty-free entry to be claimed pursuant to Schedule 8, Part 3, Item No. 832 00
Tariff Schedules of the United States (19 U S C. 1202). Upon arrival of
shipment at port of entry, District Director of Customs, please release
shipment under 19 CFR 142 and notify the appropriate contract administration
office for execution of Customs Forms 7501 and 7501-A and any required
duty-free entry certificates "
(Applicable to orders over $100,000 that provide for, or anticipate furnishing to
the Government, supplies to be imported into the customs territory of the United
States)

I-312.  **52.225-11**     RESTRICTIONS ON CERTAIN FOREIGN PURCHASES     OCT 1996
(IAW FAR 25 702)
(Applicable to orders over $2,500)

I-314D. **52.226-1**      UTILIZATION OF INDIAN ORGANIZATIONS AND INDIAN-     SEP 1996
OWNED ECONOMIC ENTERPRISES
(IAW FAR 26.104(a))
(Applicable to orders over $500,000)

I-315.  **52.227-1**      AUTHORIZATION AND CONSENT     JUL 1995
(IAW FAR 27 201-2(a))
(Applicable to orders except when both complete performance and delivery are
outside the United States, its possessions and Puerto Rico)

I-317.  52.227-2    NOTICE AND ASSISTANCE REGARDING PATENT AND        AUG 1996
                    COPYRIGHT INFRINGEMENTS
                    (IAW FAR 27.202-2)
        (Applicable to orders exceeding the Simplified Acquisition Threshold except when
        both complete performance and delivery are outside the United States, its
        possessions and Puerto Rico, unless supplies are ultimately to be shipped into
        one of those areas)

I-318.  52.227-3    PATENT INDEMNITY                                  APR 1984
                    (IAW FAR 27.203-1(b), 27.203-2(a), and 27.203-4(a)(2))
        (Applicable to supplies or services (or such items with relatively minor
        modifications) when normally sold or offered for sale to the public in the
        commercial open market except when both performance and delivery are outside the
        U.S., its possessions, and Puerto Rico, unless the supplies or other deliverables
        are ultimately to be shipped into one of those areas)
I-326.  52.227-10   FILING OF PATENT APPLICATIONS--CLASSIFIED         APR 1984
                    SUBJECT MATTER
                    (IAW FAR 27.207-2)
        (Applicable to orders when a DD Form 254 is attached thereto)
I-334.  52.228-2    ADDITIONAL BOND SECURITY                          OCT 1997
                    (IAW FAR 28.106-4)
        (Applicable to orders exceeding the Simplified Acquisition Threshold issued
        hereunder requiring the submission of bonds)
I-337.  52.228-5    INSURANCE--WORK ON A GOVERNMENT INSTALLATION      JAN 1997
                    (IAW FAR 28.310)
        (Applicable to orders exceeding the Simplified Acquisition Threshold which
        specify work on a Government installation)
I-352.  52.229-3    FEDERAL, STATE, AND LOCAL TAXES                   JAN 1991
                    (IAW FAR 29.401-3)
        (Applicable to orders exceeding the Simplified Acquisition Threshold resulting
        from competition)
I-353.  52.229-4    FEDERAL, STATE, AND LOCAL TAXES                   JAN 1991
                    (NONCOMPETITIVE CONTRACT)
                    (IAW FAR 29.401-4)
        (Applicable to orders exceeding the Simplified Acquisition Threshold which are
        non-competitive)
I-354.  52.229-5    TAXES--CONTRACTS PERFORMED IN U.S. POSSESSIONS    APR 1984
                    OR PUERTO RICO
                    (IAW FAR 29.401-5)
        (Applicable to orders exceeding the Simplified Acquisition Threshold)
I-368.  52.230-2    COST ACCOUNTING STANDARDS                         APR 1996
                    (IAW FAR 30.201-4(a)(1))
        (Applicable to orders of $500,000 or more unless exempted by FAR 30.201-1)
I-369.  52.230-3    DISCLOSURE AND CONSISTENCY OF COST                APR 1996
                    ACCOUNTING PRACTICES
                    (IAW FAR 30.201-4(b)(1))
        (Applicable to orders over $500,000 but less than $25,000,000, and the Contractor
        certifies it is eligible for and elects to use modified CAS coverage (see 48 CFR
        9903.201-2 (FAR Appendix B), unless the clause 52.230-4 is used; and applicable
        to foreign concerns when performance is within the United States, its territories
        and possessions)
I-372.  52.230-6    ADMINISTRATION OF COST ACCOUNTING STANDARDS       APR 1996
                    (IAW FAR 30.201-4(d)(1))
        (Applicable to orders that incorporate either clause 52.230-2, 52.230-3 or
        52.230-5)
I-383.  52.232-1    PAYMENTS                                          APR 1984
                    (IAW FAR 32.111(a)(1))
I-391.  52.232-8    DISCOUNTS FOR PROMPT PAYMENT                      MAY 1997
                    (IAW FAR 32.111(c)(1))
I-392.  52.232-9    LIMITATION ON WITHHOLDING OF PAYMENTS             APR 1984
                    (IAW FAR 32.111(c)(2))
I-394.  52.232-11   EXTRAS                                            APR 1984
                    (IAW FAR 32.111(d)(2))
I-400.  52.232-16   PROGRESS PAYMENTS                                 JUL 1991
                    (IAW FAR 32.502-4(a))
        (Applicable only when specifically authorized in the individual order issued
        hereunder)
-403.   52.232-17   INTEREST                                          JUN 1996
                    (IAW FAR 32.617(a), and 32.617(b))
-409.   52.232-23   ASSIGNMENT OF CLAIMS                              JAN 1986
                    (IAW FAR 32.806(a)(1))
I-410.  52.232-23   ASSIGNMENT OF CLAIMS -- ALTERNATE I               APR 1984
                    (IAW FAR 32.806(a)(2))
        (Applicable to orders for $2,500 or more)

I-412.  **52.232-25**      PROMPT PAYMENT                               JUN 1997
                          (IAW FAR 32.908(c))
            For the purposes of this clause the blank(s) are completed as follows:
            (a)(5)(i)  <u>7th</u>

            (b)(1)     <u>30th</u>
I-416F. **52.232-33**      MANDATORY INFORMATION FOR ELECTRONIC FUNDS   AUG 1996
                          TRANSFER PAYMENT
                          (IAW FAR 32 1103(a), and 32.1103(c))
            (Applicable to orders which require electronic transfer of funds except for
            those: Awarded by Contracting Officers outside the United States and Puerto
            Rico; denominated or paid in other than United States dollars; classified
            contracts where payment by Electronic Funds Transfer (EFT) could compromise the
            safeguarding of classified information or national security, or where arrangements
            for appropriate EFT payments would be impracticable due to security considerations;
            and executed by deployed Contracting Officers in the course of military or emergency
            operations, where EFT payment is not known to be possible or would not support
            the objectives of the operation)
I-417.  **52.233-1**       DISPUTES                                     OCT 1995
                          (IAW FAR 33.215)
I-418.  **52.233-1**       ALTERNATE I                                  DEC 1991
                          (IAW FAR 33.215)
            (Alternate I is applicable to each individual order that meets the criteria of
            DFARS 233.214 when the acquisition is for (i) Aircraft; (ii) Spacecraft and
            launch vehicles; (iii) Naval vessels; (iv) Missile systems; (v) Tracked combat
            vehicles; (vi) Related electronic systems; and the contracting officer determines
            that continued performance is-- (i) Vital to the national security, or (ii) Vital
            to the public health and welfare; or the head of the contracting activity
            determines that continued performance is necessary pending resolution of any
            claim that might arise under or be related to the contract)
I-419.  **52.233-3**       PROTEST AFTER AWARD                          AUG 1996
                          (IAW FAR 33 106(b))

I-430.  **52.234-1**       INDUSTRIAL RESOURCES DEVELOPED UNDER DEFENSE FEB 1995
                          PRODUCTION ACT TITLE III
                          (IAW FAR 34.104)
            (Applicable to all orders for which it is contemplated that award will be made
            for items of supply which means any individual part, component, subassembly,
            assembly or subsystem integral to a major system, and other property which may be
            replaced during the service life of the system which includes spare parts and
            replenishment parts)
I-478.  **52.237-2**       PROTECTION OF GOVERNMENT BUILDINGS, EQUIPMENT, APR 1984
                          AND VEGETATION
                          (IAW FAR 37.110(b))
            (Applicable to orders for services performed on a Government installation)
I-531.  **52.242-3**       PENALTIES FOR UNALLOWABLE COSTS              OCT 1995
                          (IAW FAR 42.709-6)
            (Applicable to orders over $500,000 except fixed-price contracts without cost
            incentives or any firm-fixed-price order for the purchase of commercial items)
I-532.  **52.242-4**       CERTIFICATION OF FINAL INDIRECT COSTS        JAN 1997
                          (IAW FAR 42.703-2(f))
            (c)  The certificate of final indirect costs shall read as follows:

                        CERTIFICATE OF FINAL INDIRECT COSTS

            This is to certify that I have reviewed this proposal to establish final
            indirect cost rates and to the best of my knowledge and belief:
                1   All costs included in this proposal (<u>identify proposal and date</u>)
                to establish final indirect costs rates for (<u>identify period covered by</u>
                <u>rate</u>) are allowable in accordance with the cost principles of the
                Federal Acquisition Regulation (FAR) and its supplements applicable to
                the contracts to which the final indirect cost rates will apply; and
                2.   This proposal does not include any costs which are expressly
                unallowable under applicable cost principles of the FAR or its supplements.
            Firm: _____
            Signature: _____
            Name of Certifying Official: _____
            Title: _____
            Date of Execution: _____

(Applicable in orders for interim reimbursement of indirect costs; establishment of final indirect costs rates; or contract financing that includes interim payment of indirect costs)

I-538  52.242-10  F.O.B. ORIGIN--GOVERNMENT BILLS OF LADING OR    APR 1984
                  PREPAID POSTAGE
                  (IAW FAR 42.1404-2(a))

(Applicable to orders specifying f.o.b. origin when using GBLs or Prepaid Postage)

I-539  52.242-11  F.O.B. ORIGIN--GOVERNMENT BILLS OF LADING OR INDICIA    FEB 1993
                  MAIL
                  (IAW FAR 42.1404-2(b))

(Applicable to orders specifying f.o.b. origin when using GBLs or Government mailing indicia, if authorized)

I-540  52.242-12  REPORT OF SHIPMENT (REPSHIP)    JUL 1995
                  (IAW FAR 42.1406-2)

(Applicable to orders when advance notice of shipment is required for safety or security reasons, or where carload or truckload shipments will be made to DOD installations/civilian facilities)

I-541  52.242-13  BANKRUPTCY    JUL 1995
                  (IAW FAR 42.903)

(Applicable to orders exceeding the Simplified Acquisition Threshold)

I-546  52.243-1  CHANGES--FIXED-PRICE    AUG 1987
                 (IAW FAR 43.205(a)(1))

(In accordance with AFFARS 5343.205 the Contracting Officer may change the period within which the contractor may assert claims under this clause from 30 days to 60 days)

(Applicable to orders for supplies)

I-547  52.243-1  CHANGES--FIXED PRICE -- ALTERNATE I    APR 1984
                 (IAW FAR 43.205(a)(2))

(Applicable to orders for services with no supplies)

I-548  52.243-1  CHANGES--FIXED PRICE -- ALTERNATE II    APR 1984
                 (IAW FAR 43.205(a)(3))

(Applicable to orders for services and some supplies)

-561  52.243-6  CHANGE ORDER ACCOUNTING    APR 1984
                (IAW FAR 43.205(f))

(Applicable only when specified in the individual order issued hereunder)

I-568  52.244-1  SUBCONTRACTS (FIXED-PRICE CONTRACTS)    OCT 1997
                 (IAW FAR 44.204(a)(1))

(e) Even if the Contractor's purchasing system has been approved, the Contractor shall obtain the Contracting Officer's written consent before placing subcontracts identified below:

_____

_____

(Applicable to orders over $500,000)

I-573  52.244-5  COMPETITION IN SUBCONTRACTING    DEC 1996
                 (IAW FAR 44.204(e))

(Applicable to orders exceeding the Simplified Acquisition Threshold when the order results from noncompetitive procedures)

I-579  52.245-1  PROPERTY RECORDS    APR 1984
                 (IAW FAR 45.106(a))

(Applicable when Government maintains property records and conditions in FAR 45.105(b) exist)

I-580  52.245-2  GOVERNMENT PROPERTY (FIXED-PRICE CONTRACTS)    DEC 1989
                 (DEVIATION)
                 (IAW FAR 45.106(b)(1), and DDP Memo dated
                 01 Oct 97, DAR Tracking #97-00007)

(Applicable to orders specifying Government-furnished Property)

I-581  52.245-2  GOVERNMENT PROPERTY (FIXED-PRICE CONTRACTS) --    APR 1984
                 ALTERNATE I
                 (DEVIATION)
                 (IAW FAR 45.106(b)(2), and DDP Memo dated
                 20 Jun 97, DAR Tracking #97-00002)

(Applicable to orders which are noncompetitive/noncommercial and Government property is furnished)

-584  52.245-4  GOVERNMENT-FURNISHED PROPERTY (SHORT FORM)    APR 1984
                (IAW FAR 45.106(d))

(Applicable to orders specifying Government-Furnished Property with a value of $100,000 or less only when specified in the individual order)

I-598  52.245-17  SPECIAL TOOLING    APR 1984
                  (DEVIATION)
                  (IAW FAR 45.306-5(a)(1), and DDP Memo dated 01 Oct 97,
                  DAR Tracking #97-00007)

(Applicable only when specified in the individual order issued hereunder)
I-600.   **52.245-18**   SPECIAL TEST EQUIPMENT                          FEB 1993
                       (IAW FAR 45.307-3)
(Applicable only when specified in the individual order issued hereunder)
I-601   **52.245-19**   GOVERNMENT PROPERTY FURNISHED "AS IS"            APR 1984
                       (IAW FAR 45.308-2)
(Applicable only when specified in the individual order issued hereunder)
I-627.   **52.246-23**   LIMITATION OF LIABILITY                         FEB 1997
                       (IAW FAR 46.805)
(Applicable to orders in which items have a unit price less than $100,000, except
items priced or based on catalog or market prices)
I-628   **52.246-24**   LIMITATION OF LIABILITY--HIGH-VALUE ITEMS        FEB 1997
                       (IAW FAR 46.805)
(Applicable to orders in which items have a unit price of $100,000 or more,
except items priced or based on catalog or market prices)

I-629.   **52.246-24**   LIMITATION OF LIABILITY--HIGH-VALUE             APR 1984
  .                      ITEMS -- ALTERNATE I
                       (IAW FAR 46.805(a)(3))
For the purposes of this clause, the following items are high value items and are
subject to the clause entitled "**Limitation of Liability--High-Value Items**":
Item(s) <u>TO BE CITED ON APPLICABLE ORDERS</u>
(Applicable if the order contains unit prices both over and under $100,000,
except items priced or based on catalog or market prices - Blank shall be
completed in the individual order)
I-630.   **52.246-25**   LIMITATION OF LIABILITY--SERVICES               FEB 1997
                       (IAW FAR 46.805)
(Applicable to orders for services)

I-636.   **52.247-1**   COMMERCIAL BILL OF LADING NOTATIONS              APR 1984
                       (IAW FAR 47 104-4(a), and (b))
(Applicable to orders specifying f.o.b. origin)
I-662.   **52.247-63**   PREFERENCE FOR U.S.-FLAG AIR CARRIERS           JAN 1997
                       (IAW FAR 47.405)
(Applicable to orders specifying international air travel of personnel or
property unless waived by Memorandum of Understanding)

I-671.   **52.248-1**   VALUE ENGINEERING                               MAR 1989
                       (DEVIATION)
                       (IAW FAR 48.201(b), and DDP Memo dated 27 Jun 97,
                       DAR Tracking #97-00005)
(Applicable to orders of $100,000 or more except as specified in FAR 48 201(a))
I-672.   **52.248-1**   ALTERNATE I                                     APR 1984
                       (IAW FAR 48.201(c)(1), and 48 201(e)(2))
(Applicable only when specified in the individual order issued hereunder)
I-673.   **52.248-1**   ALTERNATE II                                    APR 1984
                       (IAW FAR 48.201(d)(1), and 48.201(e)(3))
(Applicable to an order only if Clauses I-671 and I-672 are both incorporated therein)
I-682   **52.249-1**   TERMINATION FOR CONVENIENCE OF THE GOVERNMENT    APR 1984
                       (FIXED-PRICE) (SHORT FORM)
                       (IAW FAR 49.502(a)(1))
(Applicable to orders of $100,000 or less)
I-684.   **52.249-2**   ·TERMINATION FOR CONVENIENCE OF THE GOVERNMENT   SEP 1996
                       (FIXED-PRICE)
                       (IAW FAR 49.502(b)(1)(i))
(Applicable to orders over $100,000)
I-699   **52.249-8**   DEFAULT (FIXED-PRICE SUPPLY AND SERVICE)         APR 1984
                       (IAW FAR 49.504(a)(1))
I-723.   **52.251-1**   GOVERNMENT SUPPLY SOURCES                       APR 1984
                       (IAW FAR 51.107)
(Applicable when the order authorizes the Contractor to acquire supplies or
services from a Government supply source)

I-732.   **52.252-4**   ALTERATIONS IN CONTRACT                         APR 1984
  .                      (IAW FAR 52.107(d))                                      •
Portions of this contract are altered as follows:
<u>*</u>

I-733.   **52.252-6**   AUTHORIZED DEVIATIONS IN CLAUSES                 APR 1984
                       (IAW FAR 52.107(f))
For the purposes of this clause the blank(s) is/are completed as follows:
(b) <u>Defense Federal Acquisition Regulation Supplement</u> (48 CFR Chapter <u>2</u>)
I-750.   **52.253-1**   COMPUTER GENERATED FORMS                        JAN 1991
                       (IAW FAR 53.111)

(Applicable to orders when Clause FAR 52 219-9 applies - blanks will be completed in the individual order)

IA-269.  252.223-7001  HAZARD WARNING LABELS                                      DEC 1991
                       (IAW DFARS 223 303)
For the purposes of this clause, the offeror shall complete the following:

MATERIAL (If None, Insert "None ")     ACT

_____          _____

(Applicable to orders meeting the criteria of FAR 23 302 - blanks will be completed in the individual order)
IA-271.  252.223-7002  SAFETY PRECAUTIONS FOR AMMUNITION AND EXPLOSIVES           MAY 1994
                       (IAW DFARS 223.370-5)
(Applicable to orders for ammunition/explosives in accordance with DFARS 223 370)
IA-272.  252.223-7003  CHANGE IN PLACE OF PERFORMANCE - AMMUNITION AND            DEC 1991
                       EXPLOSIVES
                       (IAW DFARS 223 370-5)
(Applicable to orders for ammunition/explosives when DFARS 252.223-7002 applies)
IA-280   252.223-7004  DRUG-FREE WORK FORCE                                       SEP 1988
                       (IAW DFARS 223 570-4(a))
(Applicable only when exceeding the Simplified Acquisition Threshold and when specified in the individual orders involving access to classified information; or when the Contracting Officer determines the clause is necessary for reasons of national security or for the purpose of protecting the health or safety of those using or affected by the product of, or performance of, the order; and is not applicable when the order is for commercial or commercial-type products (see FAR 12); or performance or partial performance outside the U.S., its territories, and possessions, unless Contracting Officer determines it to be in the best interest of the Government)
IA-282.  252.223-7006  PROHIBITION ON STORAGE AND DISPOSAL OF TOXIC              APR 1993
                       AND HAZARDOUS MATERIALS
                       (IAW DFARS 223.7103)
(Applicable to all orders when contractor performance is on a DoD installation)
IA-287   252.225-7001  BUY AMERICAN ACT AND BALANCE OF PAYMENTS                   JAN 1994
                       PROGRAM
                       (IAW DFARS 225.109(d))
(The "Balance of Payments Program" is not applicable when the estimated cost of the product or service is at or below the Simplified Acquisition Threshold in FAR Part 13)
(Applicable to orders except when DFARS 252.225-7007 applies or one of the exception criteria of 225 109 applies)
IA-288   252.225-7002  QUALIFYING COUNTRY SOURCES AS SUBCONTRACTORS               DEC 1991
                       (IAW DFARS 225.109-70(a))
(Applicable to orders that include the clause at DFARS 252.225-7001)
IA-291.  252.225-7007  TRADE AGREEMENTS                                          JUL 1997
                       (IAW DFARS 225.408(a)(2), and D L. Ltr 97-013 dated
                       11 Jul 97, DAR Tracking #97-00004))
(Applicable to orders subject to the Trade Agreements Act)

IA-291G. 252.225-7008  SUPPLIES TO BE ACCORDED DUTY-FREE ENTRY                    DEC 1991
                       (IAW DFARS 225.605-70(a))
Supplies to be accorded duty-free entry: NONE
(Applicable to orders that provide for, or anticipate furnishing to the Government, supplies to be imported into the customs territory of the United States - if supplies to be accorded duty-free entry are other than "NONE", they will be identified in each individual order)
IA-292.  252.225-7009  DUTY-FREE ENTRY--QUALIFYING COUNTRY END                    JAN 1997
                       PRODUCTS AND SUPPLIES
                       (IAW DFARS 225.605-70(b))
(Applicable to orders for supplies except for use outside the United States)

IA-292C. 252.225-7010  DUTY-FREE ENTRY--ADDITIONAL PROVISIONS                     JAN 1997
                       (IAW DFARS 225.605-70(d))
For the purposes of paragraph (d) of this clause, the CAO is listed on the front page of this document and the corresponding Activity Address number is in Appendix G of the Defense FAR Supplement.
(Applicable to all orders that included the clause at FAR 52.225-10)
IA-293.  252.225-7012  PREFERENCE FOR CERTAIN DOMESTIC COMMODITIES               SEP 1997
                       (IAW DFARS 225.7002-3(a), and D.L. Ltr 97-018 dated 8 Sep 97)

(Applicable to all orders exceeding $100,000 for food, clothing, tents, tarpaulins, covers, cotton, and other natural fiber products, woven silk or woven silk blends, spun silk yarn for cartridge cloth, synthetic fabric, coated synthetic fabric, canvas products, or wool, or any item of individual equipment manufactured from or containing such fibers, yarns, fabrics, or materials)

IA-295   **252.225-7014   PREFERENCE FOR DOMESTIC SPECIALTY METALS**    FEB 1997
       (IAW DFARS 225 7002-3(b))
(Applicable to all orders exceeding $100,000 requiring the delivery of an article containing specialty metals unless waived by Memorandum of Understanding)

IA-295C   **252.225-7014   PREFERENCE FOR DOMESTIC SPECIALTY METALS --**    FEB 1997
       **ALTERNATE I**
       (IAW DFARS 225 7002-3(b))
(Applicable to all orders exceeding $100,000 requiring the delivery of any article containing specialty metals within the following six major classes of programs: aircraft, missile and space systems, ships, tank-automotive, weapons and ammunition, unless waived by Memorandum of Understanding)

IA-296   **252.225-7015   PREFERENCE FOR DOMESTIC HAND OR MEASURING TOOLS**    DEC 1991
       (IAW DFARS 225.7002-3(c))
(Applicable to all orders over the threshold in FAR 13.000 calling for delivery of hand or measuring tools)

IA-297   **252.225-7016   RESTRICTION ON ACQUISITION OF BALL AND**    JUN 1997
       **ROLLER BEARINGS**
       (IAW DFARS 225 7019-4)
(Clause is not applicable when items acquired overseas are for use overseas)
(Applicable in all solicitations and contracts, except where an exception applies (DFARS 225 7019-2) or a waiver has been granted (DFARS 225 7019-3); or where the contracting officer knows that the items being acquired do not contain antifriction bearings)

IA-312   **252.225-7025   RESTRICTION ON ACQUISITION OF FORGINGS**    JUN 1997
       (IAW DFARS 225 7102-4(a))
(Applicable to orders which contain the restricted items in DFARS 225.7102 except those in DFARS 225.7103)

312C   **252.225-7026   REPORTING OF CONTRACT PERFORMANCE OUTSIDE THE**    NOV 1995
       **UNITED STATES**
       (IAW DFARS 225 7203)
(Applicable to orders over $500,000)

IA-312D   **252.225-7027   RESTRICTION ON CONTINGENT FEES FOR**    JAN 1997
       **FOREIGN MILITARY SALES**
       (IAW DFARS 225 7300, and 225.7308(a))
For the purposes of this clause the blank(s) are completed as follows:
       AUSTRALIA, TAIWAN, EGYPT, GREECE, ISRAEL, JAPAN,
       JORDAN, REPUBLIC OF KOREA, KUWAIT, PAKISTAN, PHILIPPINES,
       SAUDI ARABIA, TURKEY, THAILAND, OR VENEZUELA (AIR FORCE).
(Applicable to orders for Foreign Military Sales awarded on behalf of the above foreign country customer(s))

IA-312E   **252.225-7028   EXCLUSIONARY POLICIES AND PRACTICES OF FOREIGN**    DEC 1991
       **GOVERNMENTS**
       (IAW DFARS 225.7308(b))
(Applicable to orders issued hereunder for IMET and FMS)

IA-312H   **252.225-7031   SECONDARY ARAB BOYCOTT OF ISRAEL**    JUN 1992
       (IAW DFARS 225 770-5)
(Applicable to orders except for consumable supplies, provisions, or services for the support of U.S. or allied forces in a foreign country; or orders pertaining to any equipment, technology, data, or services for intelligence or classified purposes, or the acquisition or lease thereof in the interest of national security.)

IA-312J   **252.225-7032   WAIVER OF UNITED KINGDOM LEVIES**    OCT 1992
       (IAW DFARS 225.873-3)
(Applicable to orders for supplies (a) where United Kingdom firms are expected to participate as offerors/prime contractors; or (b) if a subcontract over $1,000,000 with a United Kingdom firm is anticipated.)

IA-312M   **252.225-7036   NORTH AMERICAN FREE TRADE AGREEMENT**    JAN 1994
       **IMPLEMENTATION ACT**
       (IAW DFARS 225.408(a)(4)(A), and (B)(i))
(Applicable to orders for items listed at 225.403-70, when the estimated value is $50,000 or more and the Trade Agreements Act does not apply or for multiple line items if any line item is subject to the North American Free Trade Agreement Implementation Act. Clause need not be used where purchase from foreign sources is restricted under DFARS 225.403(d)(1)(B); however, clause may be used where the contracting officer anticipates a waiver of the restriction)

IA-312MC   **252.225-7036   ALTERNATE I**    MAY 1995
       (IAW DFARS 225.408(a)(4)(B)(ii))

IA-312N   252.225-7037   DUTY-FREE ENTRY--NAFTA COUNTRY END PRODUCTS      JAN 1997
                         AND SUPPLIES
(Applicable to orders when the estimated value is between $25,000 and $50,000)
                         (IAW DFARS 225.605-70(c))
(Applicable to orders subject to North American Free Trade Agreement (NAFTA)
Implementation Act)

IA-332   252.227-7013   RIGHTS IN TECHNICAL DATA--NONCOMMERCIAL ITEMS      NOV 1995
                        (IAW DFARS 227.7102-3(b), and 227.7103-6(a))
         (e)  (3)  The Contractor asserts for itself, or the persons identified below,
              that the Government's rights to use, release, or disclose the following
              technical data should be restricted--

| SEE ATTACHED | Technical Data to be Furnished With Restrictions* | Basis for Assertion** | Asserted Rights Category*** | Name of person Asserting Restrictions**** |
|---|---|---|---|---|
| ALLISON LETTER | | | | |
| DATED 1 MAY 98. | | | | |
| | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |

    * If the assertion is applicable to items, components, or processes developed
      at private expense, identify both the data and each such item, component, or
      process.

   ** Generally, the development of an item, component, or process at private
      expense, either exclusively or partially, is the only basis for asserting
      restrictions on the Government's rights to use, release, or disclose
      technical data pertaining to such items, components, or processes  Indicate
      whether development was exclusively or partially at private expense.  If
      development was not at private expense, enter the specific reason for
      asserting that the Government's rights should be restricted

  *** Enter asserted rights category (e.g., government purpose license rights from
      a prior contract, rights in SBIR data generated under another contract
      limited or government purpose rights under this or a prior contract, or
      specifically negotiated licenses).

 **** Corporation, individual, or other person, as appropriate

         Date                    _____
         Printed Name and Title  _____
                                 _____
         Signature               _____
                        (End of Identification and assertion)

   (f)  (2)  Government purpose rights markings
             Data delivered or otherwise furnished to the Government purpose
             rights shall be marked as follows:

                         GOVERNMENT PURPOSE RIGHTS

              Contract No      _____

              Contractor Name  _____

              Contractor Address  _____

                               _____

              Expiration Date  _____

              The Government's rights to use, modify, reproduce, release,
              perform, display, or disclose these technical data are restricted
              by paragraph (b)(2) of the Rights in Technical Data--Noncommercial
              Items clause contained in the above identified contract.  No
              restrictions apply after the expiration date shown above.  Any
              reproduction of technical data or portions thereof marked with
              this legend must also reproduce the markings.
                             (End of Legend)

(3)   Limited rights markings.
      Data delivered or otherwise furnished to the Government with limited
      rights shall be marked with the following legend:

### LIMITED RIGHTS

Contract No. _____

Contractor Name _____

Contractor Address _____
_____

The Government's rights to use, modify, reproduce, release,
perform, display, or disclose these technical data are restricted
by paragraph (b)(3) of the Rights in Technical Data--Noncommercial
Items clause contained in the above identified contract   Any
reproduction of technical data or portions thereof marked with
this legend must also reproduce the markings. Any person, other than
the Government, who has been provided access to such data must
promptly notify the above named Contractor.
                    (End of legend)

(4)   Special license rights markings.

      (i)  Data in which the Government's rights stem from a specifically
           negotiated license shall be marked with the following legend:

### SPECIAL LICENSE RIGHTS

The Government's rights to use, modify, reproduce,
release, perform, display, or disclose these data are
restricted by Contract No. _____ (Insert contract
number) _____, License No. _____ (Insert license
identifier) _____   Any reproduction of technical data
or portions thereof marked with this legend must also
reproduce the markings
                    (End of legend)

(Applicable when order specifies noncommercial items and the successful offeror(s)
will be required to deliver technical data to the Government)

IA-336.  252.227-7014   RIGHTS IN NONCOMMERCIAL COMPUTER SOFTWARE AND        JUN 1995
                        NONCOMMERCIAL COMPUTER SOFTWARE DOCUMENTATION
                        (IAW DFARS 227.7203-6(a)(1))
(Applicable in orders when the successful offeror(s) will be required to deliver
computer software or computer software documentation)

IA-337D  252.227-7016   RIGHTS IN BID OR PROPOSAL INFORMATION               JUN 1995
                        (IAW DFARS 227.7103-6(e)(1), 227.7104(e)(1),
                        or 227 7203-6(b))
(Applicable to orders that include the clause at 252.227-7013, 252.227-7018, or
252.227-7014)

IA-338.  252.227-7018   RIGHTS IN NONCOMMERCIAL TECHNICAL DATA AND COMPUTER  JUN 1995
                        SOFTWARE--SMALL BUSINESS INNOVATION RESEARCH
                        (SBIR) PROGRAM
                        (IAW DFARS 227.7104(a))
(Applicable when order specifies technical data to be delivered or computer
software may be originated, developed or delivered)

IA-338G  252.227-7019   VALIDATION OF ASSERTED RESTRICTIONS--COMPUTER        JUN 1995
                        SOFTWARE
                        (IAW DFARS 227.7104(e)(3), and 227.7203-6(c))
(Applicable when order specifies noncommercial items and the successful offeror(s)
will be required to deliver technical data to the Government and computer
software or computer software documentation)

IA-344.  252.227-7026   DEFERRED DELIVERY OF TECHNICAL DATA OR COMPUTER      APR 1988
                        SOFTWARE
                        (IAW DFARS 227.7103-8(a))
(Applicable when order specifies technical data or computer software to be
delivered and delivery to be deferred)

IA-345.  252.227-7027   DEFERRED ORDERING OF TECHNICAL DATA OR COMPUTER      APR 1988
                        SOFTWARE
                        (IAW DFARS 227.7103-8(b))
(Applicable when order specifies technical data or computer software to be
delivered and ordering to be deferred)

IA-347   252.227-7030   TECHNICAL DATA--WITHHOLDING OF PAYMENT          OCT 1988
                        (IAW DFARS 227.7103-6(e)(2) or 227.7104(e)(4))
         For the purposes of this clause, the Contracting Officer may withhold ten percent
         (10%) of the total contract price
         (Applicable when order specifies technical data to be delivered)
IA-352   252.227-7038   DECLARATION OF TECHNICAL DATA CONFORMITY        JAN 1997
                        (IAW DFARS 227.7103-6(e)(3) or 227.7104(e)(5))
         (Applicable to orders that include the clause at 252.227-7013, or SBIR orders
         that include the clause at 252.227-7018)

IA-353   252.227-7037   VALIDATION OF RESTRICTIVE MARKINGS ON TECHNICAL   NOV 1995
                        DATA
                        (IAW DFARS 227.7102-3(c), 227.7103-6(e)(4),
                        227.7104(e)(6), or 227.7203-6(f))
         (Applicable to orders for commercial items that include the clause at 252.227-
         7015 or the clause at 252.227-7013; also when clause 252.227-7013 is included or
         SBIR, include paragraph (e) of the clause - contains information that must be
         included in a challenge; and when order includes the clause 252.227-7014 when the
         contractor will be required to deliver noncommercial computer software documentation
         (technical data))
IA-361   252.228-7001   GROUND AND FLIGHT RISK                           SEP 1996
                        (IAW DFARS 228 370(b)(1))
         (Applicable to orders for the production, modification, maintenance or overhaul
         of aircraft)
IA-365   252.228-7005   ACCIDENT REPORTING AND INVESTIGATION INVOLVING   DEC 1991
                        AIRCRAFT, MISSILES, AND SPACE LAUNCH VEHICLES
                        (IAW DFARS 228.370(e))
         (Applicable to any order specifying the manufacture, modification, overhaul or
         repair of an aircraft, missile or space launch vehicles)
IA-379   252.229-7000   INVOICES EXCLUSIVE OF TAXES OR DUTIES            JUN 1997
                        (IAW DFARS 229.402-1)
         (Applicable to orders when fixed-price contract will be awarded to a foreign concern)
IA-399   252.231-7000   SUPPLEMENTAL COST PRINCIPLES                     DEC 1991
                        (IAW DFARS 231 100-70)
IA-413   252.232-7002   PROGRESS PAYMENTS FOR FOREIGN MILITARY SALES     DEC 1991
                        ACQUISITIONS
                        (IAW DFARS 232.502-4-70(a))
         (Applicable to orders specifying both progress payments and Foreign Military Sales)

IA-414   252.232-7003   FLEXIBLE PROGRESS PAYMENTS                       DEC 1991
                        (IAW DFARS 232.502-4-70(b))
         For the purposes of this clause the blank(s) are completed as follows:
            (1) * percent
            (2) DoD Cash Flow Computer model(*)
                dated *, using * percent
         (Applicable only when specified in the individual order issued hereunder)
IA-420   252.232-7004   DOD PROGRESS PAYMENT RATES                       FEB 1996
                        (IAW DFARS 232.502-4-70(b)), and 232 502-4-70(c))
         (Applicable to each individual order when the clause at FAR 52.232-16 is authorized)
IA-422   252.232-7006   REDUCTION OR SUSPENSION OF CONTRACT PAYMENTS UPON  AUG 1992
                        FINDING OF FRAUD
                        (IAW DFARS 232.111-70)

IA-423   252.232-7007   LIMITATION OF GOVERNMENT'S OBLIGATION            AUG 1993
                        (IAW DFARS 232.705-70)
         For the purposes of this clause the blanks are completed as follows:
         (a)  Items * through *,
              the sum of $*.

         (c)  * days

         (i)       $*
              *    $*

IA-423C  252.232-7007   LIMITATION OF GOVERNMENT'S OBLIGATION -- ALTERNATE I  AUG 1993
                        (IAW DFARS 252.232-7007)
         For the purposes of this clause the blanks are completed as follows:
         (a)  Item *
              The sum of $*
         (Applicable when specified in the individual order)
IA-450   252.235-7003   FREQUENCY AUTHORIZATION                          DEC 1991
                        (IAW DFARS 235.071(b))
         (Applicable to orders when developing, producing, constructing, testing or
         operating a device requiring a radio frequency authorization)

IA-634C   252.242-7003   APPLICATION FOR U.S. GOVERNMENT SHIPPING     DEC 1991
DOCUMENTATION/INSTRUCTIONS
(IAW DFARS 242.1404-2-70)
(Applicable to orders when FAR clauses 52.242-10 and 52.242-11 apply)

IA-635.   252.242-7004   MATERIAL MANAGEMENT AND ACCOUNTING SYSTEM     SEP 1996
(IAW DFARS 242.7206)
(Applicable to orders which exceed the Simplified Acquisition Threshold and are
either (a) cost-reimbursement orders or (b) are FP orders with progress or other
financing payments)

IA-646.   252.243-7000   ENGINEERING CHANGE PROPOSALS     JUL 1997
(IAW DFARS 243.205-70, and D.L. Ltr 97-015
dated 29 Jul 97)
(Applicable only when specified in the individual order issued hereunder)

IA-648   252.243-7001   PRICING OF CONTRACT MODIFICATIONS     DEC 1991
(IAW DFARS 243.205-71)

IA-649.   252.243-7002   CERTIFICATION OF REQUESTS FOR EQUITABLE     JUL 1997
ADJUSTMENT
(IAW DFARS 243.205-72, and D.L. Ltr 97-015 dated 29 Jul 97)
I certify that the request is made in good faith, and that the supporting data
are accurate and complete to the best of my knowledge and belief.

_____
(Official's Name)

_____
(Title)
(Applicable to orders estimated to exceed the simplified acquisition threshold)

IA-655.   252.244-7000   SUBCONTRACTS FOR COMMERCIAL ITEMS AND     FEB 1997
COMMERCIAL COMPONENTS (DoD CONTRACTS)
(IAW DFARS 244.403)
(Applicable to orders for supplies or services other than commercial items, that
contain the clause at 252.225-7014, Preference for Domestic Specialty Metals,
Alternate I)

IA-662.   252.245-7001   REPORTS OF GOVERNMENT PROPERTY     MAY 1994
(IAW DFARS 245.505-14(a))
(Applicable to orders containing one of the following FAR clauses - 52.245-2,
52.245-5, 52.245-7, 52.245-10 or 52.245-11)

IA-679   252.246-7000   MATERIAL INSPECTION AND RECEIVING REPORT     DEC 1991
(IAW DFARS 246.370)
(Applicable to orders for deliverable supplies or hardware)

IA-745.   252.247-7023   TRANSPORTATION OF SUPPLIES BY SEA     NOV 1995
(IAW DFARS 247.573(b))
(Applicable to orders other than those for direct purchase of ocean transportation
services)

IA-746   252.247-7024   NOTIFICATION OF TRANSPORTATION OF SUPPLIES BY SEA     NOV 1995
(IAW DFARS 247.573(c))
(Applicable only if specified in the individual order - To be specified when the
Contractor makes a negative response to the inquiry in the provision at DFARS
252.247-7022)

IA-784.   252.251-7000   ORDERING FROM GOVERNMENT SUPPLY SOURCES     MAY 1995
(IAW DFARS 251.107)
For the purposes of this clause the blank(s) is/are completed as follows:
(f) Contractor's Billing Address: _____

Government Remittance Address: *
(Applicable when the order authorizes the Contractor to acquire supplies or
services from a Government supply source - Blanks will be completed in the
individual order)

IB-305.   5352.204-9000   NOTIFICATION OF GOVERNMENT SECURITY ACTIVITY     MAY 1996
(IAW AFFARS 5304.404-90)
(Applicable to any classified order (other than orders for services on an "on
call" basis) which requires a DD Form 254 for performance on U.S. Government
installations and overseas)

IB-306.   5352.204-9001   VISITOR GROUP SECURITY AGREEMENTS     MAY 1996
(IAW AFFARS 5304.404-90)
(Applicable to any classified order (other than orders for services on an "on
call" basis) which requires a DD Form 254 for performance on U.S. Government
installations and overseas)

IB-320   5352.223-9000   ELIMINATION OF USE OF CLASS I OZONE     MAY 1996
DEPLETING SUBSTANCES (ODS)
(IAW AFFARS 5323.890-7)
For the purposes of this clause the blank(s) is/are completed as follows:

| Substance | Application/Use | Quantity (lbs) |
|---|---|---|
| NONE | | |

IB-321   5352.223-9001   HEALTH AND SAFETY ON GOVERNMENT INSTALLATIONS    JUN 1997
(IAW AFFARS 5323.9002)

IS-325   5352.225-9000   EVIDENCE OF SHIPMENT ON FOREIGN MILITARY     MAY 1996
SALES (FMS) CONTRACTS
(IAW AFFARS 5325.7390)
(Applicable to orders issued hereunder for FMS)

IS-432   5352.216-9004   AUTHORITY TO ISSUE ORDERS (AFMC)     JUL 1997
(IAW AFMCFARS 5316.506-90, and 5316.703-90(a))
ONLY Contracting Officers within the DEPARTMENT OF DEFENSE (DOD)AND DEPARTMENT OF
TRANSPORTATION (DOT) are authorized to issue orders hereunder.
(Applicable to all orders issued hereunder)

IB-433   5352.216-9005   PROCEDURES FOR ISSUING ORDERS (AFMC)     JUL 1997
(IAW AFMCFARS 5316.703-90(b))
The parties agree that orders issued under this basic ordering agreement shall
become binding contracts when:
(a) issued by the Procuring Contracting Officer in acceptance of a Contractor's
written offer;

(b) the order is based on the Contractor's established commercial catalog, price
list, schedule, or other form that is regularly maintained by the Contractor for
the use of, and inspection by customers;

(c) the Contracting Officer issues a unilateral order and the Contractor fails
to reject, in writing, the order within 15 days following the issuance of the
order; or

(d) the Contractor indicates acceptance of the order by letter, telegraph,
signature on the contractual ordering form issued by the Contracting Officer.
(Applicable to all orders issued hereunder)

IB-434.   5352.216-9006   PROCEDURES FOR PRICING UNPRICED ORDERS (AFMC)    JUL 1997
(IAW AFMCFARS 5316.703-90(c))
(a) Within 45 calendar days from the issue date of an unpriced order, the Contractor
shall prepare and submit to the Procuring Contracting Officer and the Administrative
Contracting Officer a proposed priced modification to the order, numbered the
same as the order to which it pertains with the proposed unit and total prices
and the delivery schedule covering the items shown thereon (see attached sample
format). Prepare a reproducible original and at least five copies. Three copies
shall be signed by a person who has been authorized to bind the Contractor.
Forward three copies (2 signed including the reproducible original) to the
Procuring Contracting Officer, and three copies (1 signed) to the Administrative
Contracting Officer. If the proposed price modification is accepted by the Procuring
Contracting Officer, he/she shall prepare a unilateral Standard Form 30, Amendment
of Solicitation/Modification of Contract, containing all necessary administrative
data; it shall include under block 14 the following, or a comparable statement:

"Contractor's offer of * as set forth in Attachment A, attached hereto, is
hereby accepted and the order amended accordingly."

Upon distribution of the Standard Form 30, it will become a firm and binding
obligation of the parties. The distribution date will be before:
(1) 150 days from the issue date of the unpriced order;
(2) completion of forty percent (40 percent) of the production of supplies,
or
(3) completion of forty percent (40%) of the performance of work called for
under the contract, whichever occurs first.

(b) If the proposed priced modification to the order so submitted is not
acceptable to the Procuring Contracting Officer, the parties shall enter into
negotiations for the purposes of agreeing to fair and reasonable prices and
satisfactory delivery schedules. Upon reaching agreement, the Procuring Contracting
Officer shall either:

(1) prepare a Standard Form 30 setting forth the agreed prices, delivery schedules and other terms which will be bilaterally executed by the parties; or

(2) request the Contractor to submit a final priced modification setting forth agreed prices, delivery schedules and other terms for acceptance by the issuance of a unilateral Standard Form 30 prepared in accordance with the provisions of paragraph (a) above

(c) If the parties fail to reach an agreement, the failure to agree shall be deemed to be a disagreement as to a question of fact and shall be disposed of in accordance with the clause hereof entitled "Disputes." Pending settlement of such dispute, the Procuring Contracting Officer shall establish prices and delivery schedules determined to be fair and reasonable, and shall set forth same in a priced modification to the order indicating thereon that such prices are billing prices pending the outcome of a dispute. Such billing prices shall be paid upon all deliveries accepted by the Government pending final decision of the dispute.
(Applicable to all Unpriced Orders issued hereunder)

I8-435C  **5352.216-9007  OBLIGATIONS OF CONTRACTOR UNDER UNPRICED**          JUL 1997
         **ORDERS (AFMC)**
         (IAW AFMCFARS 5316.703-90(d))
(a) Upon receipt of an unpriced order, the Contractor shall proceed to comply therewith to the extent he has the capacity and facilities to do so. However, the Contractor shall:
        (1) promptly notify the Procuring Contracting Officer, through the Administrative Contracting Officer, of any reason why he cannot furnish the supplies or services desired in accordance with the required delivery schedule,
        (2) identify any obsolete item ordered and withhold production of same,
        (3) recommend superseding or interchangeable parts,
        (4) report any errors in stock number or other discrepancies in the order

(b) Upon receipt of the foregoing information, the parties shall negotiate to modify the order as deemed necessary.
(Applicable to all Unpriced Orders issued hereunder)

I8-436   **5352 216-9008  TERM OF AGREEMENT (AFMC)**                          JUL 1997
         (IAW AFMCFARS 5316.703-90(e))
(a) Orders may be issued hereunder for a period of **THREE (3) YEARS**, beginning on the effective date shown on the cover page of this basic ordering agreement (BOA). However, this agreement shall be reviewed, as a minimum, annually before the anniversary of its effective date, and revised to conform with all requirements of statutes, Executive Orders, FAR, DFARS, AFFARS or the AFMCFARS.

(b) The Government may unilaterally extend the period for issuance of orders not to exceed one hundred twenty (120) days from the last date for issuance of orders under this BOA. Such extension shall be accomplished by an amendment (Standard Form 30 - AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT) hereto no later than the last date for issuance of orders under this BOA. In addition, if the ordering period including amendments expires after completion of negotiation, but before distribution of an order, the BOA ordering period is automatically extended through distribution of the order, unless the order is not distributed within ninety (90) days after completion of negotiations or the Contractor or the Contracting Officer gives written notice that the automatic extension shall not apply.

(c) Orders issued during the effective period of this agreement and not completed within that time shall be completed by the Contractor within the time specified in the order and the rights and obligations of the Contractor and the Government respecting those orders shall be governed by the terms of this BOA to the same extent as if completed during the effective period of this BOA.

(d) The clauses of the BOA shall apply without change to any order issued hereunder, unless the change is mandated by statute or Executive Order whereby the change is effective upon the implementation date of said statute or Executive Order. These mandated changes will apply to all orders issued on or after the effective implementation date of the statute or Executive Order and need not be specifically identified in the order. The basic BOA will be modified as identified in (a) above and will include the effective date of the change implementation.

(e) Additional clauses, not mandated by statute or Executive Order, shall be incorporated only by the mutual agreement of the parties of this BOA.

IB-445. **5352.219-9000 INCORPORATION OF SUBCONTRACTING PLAN (AFMC)**     JUL 1997
(IAW AFMCFARS 5319.705-5(a))
In accordance with FAR 52.219-9, Small, Small Disadvantaged and Women-Owned Small
Business Subcontracting Plan, the subcontracting plan contained in * dated * is
incorporated herein by reference. The small business goal is *. The small
disadvantaged business goal is * The women-owned small business goal is *
(Applicable to any Priced Order or definitization of an Unpriced Order over
$500,000. Blanks shall be completed in the individual order)

IB-446. **5352.219-9001 SUBMISSION OF SUBCONTRACTING PLAN (AFMC)**     JUL 1997
(IAW AFMCFARS 5319.705-5(b))
In accordance with FAR 52.219-9, Small, Small Disadvantaged and Women-Owned Small
Business Subcontracting Plan, the Contractor's preliminary Subcontracting Plan *
dated *, has been approved and is incorporated herein by reference. The final
plan meeting the minimum requirements of FAR 19.704, Subcontracting plan requirements,
must be submitted in sufficient time to permit negotiations thereof within 90
days, or before definitization, whichever occurs first
(Applicable to any Unpriced Order over $500,000 Blanks shall be completed in
the individual order)

IB-448 **5352.219-9002 SMALL, SMALL DISADVANTAGED AND WOMEN-OWNED**     JUL 1997
**SMALL BUSINESS SUBCONTRACTING PLAN**
**(TEST PROGRAM) (AFMC)**
(IAW AFMCFARS 5319.705-5(90))
In accordance with DFARS 252.219-7004, Small, Small Disadvantaged and Women-Owned
Small Business Subcontracting Plan, the Contractor's Comprehensive Subcontracting
Plan dated * and its successors is herein incorporated by reference
(Applicable to BOA orders when the contract includes a
Comprehensive Subcontracting Plan)

IB-450C. **5352.223-9000 USE OF HAZARDOUS MATERIALS IN THE PERFORMANCE**     JUL 1997
**OF ON-BASE CONTRACTS (AFMC)**
(IAW AFMCFARS 5323.303))
(a) "Hazardous Material" as used in this clause includes any material defined as
hazardous under the latest version of Federal Standard No 313 (including
revisions adopted during the term of the contract).

(b) The list of hazardous materials identified in FAR 52 223-3, Hazardous
Material Identification and Material Safety Data, and DFARS 252.223-7001, Hazard
Warning Labels shall be updated during performance of the contract whenever the
Contractor determines that any other material to be delivered or used on base in
excess of * and/or a * under this contract is hazardous based on changes in the
composition of the item(s) or a revision to Federal Standard No. 313 Provide
written notification of changes in the Material Safety Data Sheets (MSDSs),
including a copy of the updated MSDS, of each item to the identified point of
contact on the installation prior to use of the item on installation

(c) The Contractor shall submit a Contractor Hazardous Material Report *,
available from * * at * for each item identified under Section I clauses referenced
above or updates resulting from paragraph (b) of this clause 15 days prior to
bringing the items on base Update the report at least monthly (beginning no
later than 30 days after the material is brought on base) until the hazardous
material is removed from the base

(d) All hazardous material used on base (including material to be used for a
period of less than 24 hours) shall contain a hazardous material warning label
The label shall include a list of the hazardous chemical(s), material identification
which matches the part number and/or trade name on the MSDS, appropriate hazard
warnings (including description of target organs), and name and address of the
chemical manufacturer, importer, or other responsible party.

(e) The contractor is responsible for conducting and documenting employee hazard
communication training prior to the commencement of work on base.

(f) Neither the requirements of this clause nor any act or failure to act by the
Government shall relieve the Contractor of any responsibility or liability for
the safety of Government, Contractor, or subcontractor personnel or property.

(g) Nothing contained in this clause shall relieve the Contractor from complying
with applicable Federal, State, and local laws, codes, ordinance, and regulations
(including the obtaining of licenses and permits in conjunction with hazardous
material).

(h) Notwithstanding any other rights in technical data specified elsewhere in this contract, the Government may use, duplicate, and disclose any data to which this clause is applicable to apprise personnel of the hazards to which they may be exposed and obtain medical treatment for those affected by the material. In addition, the Government may allow others to use, duplicate and disclose data for these purposes

(Applicable to orders performed on Government installations that require, or may involve, the use of hazardous materials)

IB-468C. **5352.228-9001 INSURANCE CLAUSE IMPLEMENTATION (AFMC)** JUL 1997
(IAW AFMCFARS 5328.310(a) and 5328.311-1)
The Contractor shall obtain and maintain the minimum kinds and amounts of insurance during performance of this contract as specified by FAR 28 307-2 Liability, and contemplated by FAR 52 228-5, Insurance--Work on a Government Installation, and/or 52.228-7, Insurance--Liability to Third Persons
(Applicable to orders which include either FAR 52 228-5, "Insurance - Work on a Government Installation," or FAR 52 228-7, "Insurance - Liability to Third Persons," or both)

IB-469C **5352.228-9002 GROUND AND FLIGHT RISK (AFMC)** JUL 1997
(IAW AFMCFARS 5328.370-90)
(1) The additional information contained in subparagraphs below apply:
(i) In subparagraph (a)(2), the term "Contractor's premises" means the property which comprises the facilities utilized by the Contractor at *.
(ii) In subparagraph (e), the words "each separate event" means "each separate event per aircraft." In subparagraph (e), the words "each separate event" means "each separate event per aircraft."
(Applicable to orders for the production, modification, maintenance or overhaul of aircraft - blanks will be completed in the individual order)

IB-478C. **5352.235-9003 APPLICATION FOR EQUIPMENT FREQUENCY AUTHORIZATION (AFMC)** JUL 1997
(IAW AFMCFARS 5335.071(90))
The Contractor must ensure that radio frequencies are available to support electromagnetic radiating devices in their intended environment and that adequate protection from interference can be provided to receiving devices Accordingly, the Contractor shall submit DD Form 1494, Application for Equipment Frequency Allocation, in triplicate to the buyer at the issuing office indicated on the cover of this document within 45 days after contract award Instructions for preparing the form are contained in AFI 33-118, Radio Frequency Spectrum Management, and on the form itself. The DD Form 1494 will be routed through the Administrative Activity Quality Control Office indicated on the cover of the form in accordance with AFI 33-118. Upon verification of frequency requirements, the Contractor shall submit, if required, information to prepare a "Standard Frequency Action Format (SFAF) Request" to the person and address specified above. Instructions for preparing an SFAF are contained in AFI 33-118. Attention is directed to DFARS 252.235-7003, Frequency Authorization.
(Applicable to orders when developing, producing, constructing, testing or operating a device requiring a radio frequency authorization. The DD Form 1494 indicated above should be sent to the Contracting Officer identified in the individual order)

IB-486C. **5352.237-9001 CONTRACTOR IDENTIFICATION (AFMC)** JUL 1997
(IAW AFMCFARS 5337.110-90(b))
(a) Contractor personnel and their subcontractors must identify themselves as Contractors or subcontractors during meetings, telephone conversations, in electronic messages, or correspondence related to this contract.

(b) Contractor-occupied facilities (on AFMC or other Government installations) such as offices, separate rooms, or cubicles must be clearly identified with Contractor supplied signs, name plates or other identification, showing that these are work areas for Contractor or subcontractor personnel.
(Applicable to orders when the contractor will be performing services on a Government installation)

IB-511C. **5352.245-9001 GOVERNMENT-FURNISHED PROPERTY/CONTRACTOR REQUISITIONING (AFMC)** JUL 1997
(IAW AFMCFARS 5345.106(92))
Pursuant to the Government Property clause herein, the Government shall furnish the item(s) of material or property listed below as Government-Furnished Property

(GFP) to the Contractor for use in performance of this contract. Requisitioning
documentation for the GFP will be prepared by the Contractor. The Contractor
will submit written requisitions, in accordance with DoD 4000 25-1-M, Military
Standard Requisitioning and Issue Procedures (MILSTRIP).

| ITEM NR | NSN | NOUN | PART NO | QTY |
|---------|-----|------|---------|-----|
| * | * | * | * | * |

(Applicable to orders when contractors are authorized to requisition Government-
furnished property (GFP) unless orders contain a Government Property Management
Attachment, which provides detailed instructions pertaining to the management and
control of GFP)

IB-522C. 5352.245-9012  RENT-FREE USE OF GOVERNMENT-OWNED          JUL 1997
                        PROPERTY (AFMC)
                        (IAW AFMCFARS 5345 404-90)
The Contractor is authorized to use in the performance of this contract on a
rent-free, non-interference basis the Government-owned property identified below,
made available during the periods set forth below.

| ITEM | PERIOD AVAILABLE |
|------|------------------|
| * | * |

(Applicable to orders when government-owned property (including facilities) will
be furnished to the contractor on a rent-free basis)

IB-550  5352.291-9000  ADDITIONAL OVER AND ABOVE WORK PROCEDURES     JUL 1997
                       (AFMC)
                       (IAW AFMCFARS 5391.102(d))
(a)  Negotiations on proposed over and above work should be completed prior to
commencement of work, but in no case later than the time when 40 percent of the
work is completed.

(b)  For fixed hourly rate items, the price negotiated by the Administrative
Contracting Officer shall be based on "hands on" labor hours multiplied by the
contract hourly rate. The number of "hands on" labor hours required shall be
negotiated by the Contractor and Administrative Contracting Officer. The fixed
hourly rate includes charges for "hands on" labor, any labor cost which is not
considered "hands on" for which the Contractor accounts as direct labor, burdens,
general and administrative expenses, and other allowable costs and profit.

(c)  At any time during contract performance, when sufficient data becomes
available on a repetitive task being performed in the fixed hourly rate category,
either the Contractor or the Procuring Contracting Officer may request a negotiation
to establish a firm-fixed-price for that item for the remaining life of the
contract. The Administrative Contracting Officer shall advise the Procuring
Contracting Officer of all such agreements in order that changes can be incorporated
in periodic contract modifications.

IB-551  5352.291-9001  EXCESS INVENTORY - DISPOSITION OF GOVERNMENT    JUL 1997
                       PROPERTY (AFMC)
                       (IAW AFMCFARS 5391 102(f))
(a)  The Contractor shall dispose of any excess Government property generated
during contract performance or at contract completion in accordance with the
Government Property Management Attachment.

(b)  The over and above clause of the contract authorizes work involved in
packing, crating and preparing excess Government property for shipment, either
during contract performance or at contract completion, unless such excess
inventory exceeds the stock level limits as defined in Government Property Management
Attachment.

(c)  If the Administrative Contracting Officer determines excess Government
property exceeds the stock level limits authorized in accordance with Government
Property Management Attachment, the Contractor shall bear the cost of packing,
crating and preparing the unauthorized excess inventory for shipment, provided such
excess is not the result of decreased production requirements directed by the
Procuring Contracting Officer.

(d)  The Government shall deduct transportation costs for excess inventory, which
are borne by the Government in accordance with the Government property clauses of
the contract, from payments due under the contract.
(Applicable to orders for maintenance, overhaul and modification when order
contains over and above work procedures and GFM under Appendix B, Supply Information)

IB-552   5352.291-9002   MAINTENANCE ACCELERATION/COMPRESSION (AFMC)
                              (IAW AFMCFARS 5391.102(g))                    JUL 1997
        The parties hereto recognize that an emergency situation could occur which would
        require immediate availability of aircraft, engines, or end items.  As such, a
        need exists for a method of amending the contract in an expeditious action.  If and
        when such a situation occurs, the Contracting Officer shall issue a directive
        which will make Supplement * dated * hereto operative.  When the directive is
        issued, Supplement * shall become applicable as a work specification.  Price,
        delivery and other terms and conditions shall be negotiated and reflected in a
        modification to the contract in the event this clause becomes operative.  The
        Contracting Officer shall issue the directive in writing, or verbally if time
        prohibits.  The Contracting Officer shall confirm any such verbal directive in
        writing at the earliest possible date
        (Applicable to orders for maintenance, overhaul and repair when the SOW or
        Statement of Objectives includes supplements for potential acceleration and/or
        compression - blanks shall be completed in the individual order)

IB-553   5352.291-9003   MAINTENANCE OF GOVERNMENT-OWNED EQUIPMENT IN
                              POSSESSION OF OVERSEAS CONTRACTORS (AFMC)          JUL 1997
                              (IAW AFMCFARS 5391.102(h))
        Normal maintenance of Government-owned equipment provided hereunder or used in
        the performance hereof may require parts not available in local markets.  The
        Contractor may requisition any of such parts as are available through the
        Government supply system after the Contracting Officer provides written approval
        for each such requisition.  The Contractor agrees, upon receipt of such parts, to
        credit this contract at prices specified in current federal supply catalogs.  The
        Contractor shall deduct such credits from the invoices submitted under this contract
        (Applicable to orders when contractors performing maintenance, overhaul, and
        modification on Air Force equipment in overseas locations are unable to obtain
        replacement parts through purchase in local markets)

                   PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS
                                        SECTION J
                                    LIST OF ATTACHMENTS
                      (All listed attachments are at the end of this document)

        FORM NR            TITLE                          DATE     NR OF PAGES


        The forms referred to in this BOA are illustrated in Part 53 of the Federal
        Acquisition Regulation (FAR) or Part 253 of the Defense Federal Acquisition
        Regulation Supplement (DFARS), as shown below.  Any Forms attached hereto are
        also shown below as an attachment.

                   Standard Form 1447           FAR Part 53
                   Standard Form 30             FAR Part 53
                   DD Form 1155                 DFARS Part 253
                   Priced Modification          Attachment "A" hereto