| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30. | | | | | 1. REQUISITION NUMBER SEE SCHEDULE | | PAGE 1 OF |
|---|---|---|---|---|---|---|---|
| 2. CONTRACT NO. F34601-01-D-0155 | 3. AWARD/EFFECTIVE DATE 27 JUN 2001 | | 4. ORDER NUMBER | | 5. SOLICITATION NUMBER F41608-00-R-0057 | | 6. SOLICITATION ISSUE DATE |
| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME | | | | b. TELEPHONE NUMBER (No collect calls) | | 8. OFFER DUE DATE/ LOCAL TIME |

| 9. ISSUED BY | CODE FA8104 | 10. THIS ACQUISITION IS UNRESTRICTED / SET ASIDE: % FOR SMALL BUSINESS SMALL DISADV. BUS. 8(A) OTHER *** SIC: SIZE STANDARD: | 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED [X] SEE SCHEDULE 13a. [X] THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) 13b. RATING DO A1 14. METHOD OF SOLICITATION RFQ / IFB / RFP | 12. DISCOUNT TERMS NET 30 CALENDAR DAYS |
|---|---|---|---|---|
| DEPARTMENT OF THE AIR FORCE OC-ALC/LPDAA DIR CONTRACTING/PROPULSION 3001 STAFF DR STE 2AC4/109B TINKER AIR FORCE BASE OK 73145-3032 BUYER: TONY KYZER/LPDAA/[405]734-8104 | | | | |

| 15. DELIVER TO | CODE | 16. ADMINISTERED BY  PAS #: NONE DCM INDIANAPOLIS ROLLS-ROYCE CORP 2001 SOUTH TIBBS AVE INDIANAPOLIS IN 46241-4812 | CODE S1504A |
|---|---|---|---|
| SEE SCHEDULE B | | | |

| 17a. CONTRACTOR/ OFFEROR CODE 63005 FACILITY CODE ROLLS-ROYCE CORPORATION 2001 S TIBBS AVE INDIANAPOLIS IN 46241 4893 TELEPHONE NO. SIZE CODE: A | 18a. PAYMENT WILL BE MADE BY DFAS COLUMBUS CENTER DFAS-CO-JNC/MINUTE MAN PO BOX 182266 COLUMBUS OH 43218-2266 EFT: T | SCD: C CODE SC1032 |
|---|---|---|
| 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER. | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED  SEE ADDENDUM SEE BLOCK # | |

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| SEE SCHEDULE *** RESTRICTED | REMITTANCE ADDRESS: ROLLS-ROYCE CORP ACCOUNT 400-707764 ABA #021-000021 CHASE MANHATTAN BANK 1 CHASE MANHATTAN PLAZA NEW YORK, NEW YORK 10005 MAILING DATE JUN 28 2001 OFFICIAL FILE COPY (Attach Additional Sheets as Necessary) | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA SEE SECTION G | 26. TOTAL AWARD AMOUNT (For Govt. Use Only) ESTIMATED |
|---|---|

| [ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED. |
|---|
| [X] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [X] ARE [ ] ARE NOT ATTACHED. |

| 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES [X] TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN. | 29. AWARD OF CONTRACT: REFERENCE [ ] DATED ___ . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: OFFER |
|---|---|
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR *(signed) Norman D. Britton* | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) *(signed) Tony R Kyzer* |
| 30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT) NORMAN D. BRITTON CONTRACTS DIRECTOR | 30c. DATE SIGNED 26 June 01 | 31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT) TONY R KYZER | 31c. DATE SIGNED 27 June 01 |

| 32a. QUANTITY IN COLUMN 21 HAS BEEN [ ] RECEIVED [ ] INSPECTED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED | 33. SHIP NUMBER [ ] PARTIAL [ ] FINAL | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR |
|---|---|---|---|
| 32b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE | 32c. DATE | 36. PAYMENT [ ] COMPLETE [ ] PARTIAL [ ] FINAL | | 37. CHECK NUMBER |
| | | 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY |
| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | 42a. RECEIVED BY (Print) | | |
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) | | Exhibit 2 |
| | | 42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS | |

AUTHORIZED FOR LOCAL REPRODUCTION  SEE REVERSE FOR OMB CONTROL NUMBER AND PAPERWORK BURDEN STATEMENT

STANDARD FORM 1449 (10-95) Prescribed by GSA – FAR (48 CFR) 53.212

# PART I - THE SCHEDULE
## SECTION B
## SUPPLIES OR SERVICE AND PRICES/COSTS

---
ITEM   SUPPLIES/SERVICES       QTY UNIT    UNIT PRICE      AMOUNT
---

**SEE ATTACHMENT A FOR ADDITIONAL TERMS AND CONDITIONS- ROLLS ROYCE ATTACHMENT "B" IS CONSIDERED TO BE THE CONTRACT LINE ITEMS (CLINS) FOR ORDERING PURPOSES AND ARE HEREBY ATTACHED.**

**COMMERCIAL INVOICES WILL BE USED IN LIEU OF DD FORM 250. INSPECTION AND ACCEPTANCE WILL BE DOCUMENTED ON THE INVOICE**

**THE INVOICE/PACKING LIST INCLUDED AS THE SHIPPING/RECEIPT DOCUMENT MUST CONTAIN THE SHIPMENT NUMBER (i.e. contract#----).**

ENGINEERING CHANGES CAN BE MADE BY ROLLS-ROYCE WITH THE ADVANCED KNOWLEDGE AND AGREEMENT BY THE AIR FORCE OR DLA. THESE CHANGES MAY RESULT IN COST CHANGES TO THE CONTRACT AND ROLLS-ROYCE MUST INFORM THE AF WITHIN 30 DAYS OF THE COST CHANGE AND A NEGOTIATION OF THE NEW PRICE MUST BE ACCOMPLISHED.

NOTE: REQUIREMENTS REVIEW- THE CONTRACTOR AND GOVERNMENT REPRESENTATIVES (OC-ALC REPRESENTATIVES AND DLA REPRESENTATIVES) WILL CONDUCT QUARTERLY REVIEWS FOR THE PURPOSE OF JOINT FORECASTING AND PLANNING FOR ITEMS UNDER THIS CONTRACT. MEETINGS MAY BE HELD AT OC-ALC OR DATA MAY BE EXCHANGED ELECTRONICALLY TO ACCOMPLISH REVIEWS.

THE FOLLOWING TERMS AND CONDITIONS ARE APPLICABLE TO THE ROLLS-ROYCE REPRESENTATIVE STATIONED IN YAKOTA, JAPAN:

INVITED CONTRACTOR OR TECHNICAL REPRESENTATIVE STATUS – JAPAN (APPLICABLE TO U.S. FIRMS ONLY)

Contractor employees may be classified as members of the "Civilian component" under Article 1-(b) of the Status of Forces Agreement (SOFA) between Japan and the United States. This classification may be available, upon application, to all of the Contractor's employees who are United States citizens, who do not ordinarily reside in Japan, and whose presence in Japan is necessary for the execution of this agreement. This classification may entitle the employee to enter Japan, pursuant to invitational orders, under Article IX of the SOFA. A Contractor employee classified as a member of the "civilian component" under this Section shall be subject to all U.S. Forces regulations and directives, which pertain to the "civilian component" in Japan. The following privileges may be extended in accordance with current U.S. Department of Defense Directives, Military Base Interservice Support Agreements and SOFA.

1) Entry into and exit from Japan as "exempt personnel"
2) Duty free import-export into and from Japan
3) U.S. customs exemptions under USFJ PL 4-3
4) U.S. customs exemptions under the Tariff Act of 1930
5) Base or Post Exchange (BX/PX), exchange service station, theater, and commissary, subject to merchandise control directives to be administered though the Office of Information.
6) Laundry and dry cleaning
7) Military banking facilities.
8) Transient billeting facilities on a space-available basis, not to exceed three days and three nights
9) Open mess (club) membership, as determined by each respective club
10) Casualty assistance (mortuary service) on a reimbursable basis, as specified in AFI 34-501
11) Routine medical care to be provided on a reimbursable basis, in accordance with AFI 41-115
12) Dental care if limited to relief of emergencies on a reimbursable basis
13) Employment, emergency leave, and home leave-type travel and transportation for principal U.S. civilian employees and their families will be provided on a reimbursable basis, insofar as such travel and transportation entitlements do not exceed those authorized members of the U.S. civilian component. The contractor **shall not** be allowed space available aircraft as provided military personnel unless such person travels in a retired military status.
14) Department of Defense Dependent Schools (DODDS) Elementary and Secondary Education facilities on a space available, tuition-paying basis
15) Postal support, as authorized by DOD 4525-8AF Sup 1
16) Local recreation services on a space available basis
17) Armed Forces Recreation Center, on a space available basis
18) Privately owned vehicle (POV) operator's license
19) Registration of privately owned vehicle (POV)
20) Purchase of petroleum and oil products

Whenever the word "reimbursable" is used in the aforementioned logistic support/privilege's, it means that the Contractor shall pay the U.S. Government for the services rendered and/or supplies utilized.

The above privileges may be granted to U.S. citizens personnel, so long as they are employed under this contract. However, any violation of these privileges will be cause for immediate withdrawal of such privileges for the principal and/or his/her dependents and could result in total loss of such privileges to all Contractor Employees and family members under this contract.

It is agreed that withdrawal of any or all of these privileges for reasons cited in the above paragraph, will not affect nor constitute grounds for delay in or non-performance of any portion of any contract between the Contractor and the U.S. Government, nor will such action form the basis for any claim against the U.S. Government, based on the contract or otherwise, nor will such action be considered breach of contract or any portion thereof.

SHIP TO/MARK FOR: <u>TO BE CITED ON EACH ORDER ISSUED HEREUNDER</u>

Contract/Order: F34601-01-D-0155

REQUISITION NR: NON-MILSTRIP
FD2030-00-

B-1.     CLAUSES AND PROVISIONS

(a) Clauses and provisions from the Federal Acquisition Regulation (FAR) and supplements thereto are incorporated in this document by reference and in full text. Those incorporated by reference have the same force and effect as if they were given in full text.

(b) Clauses and provisions in this document will be numbered in sequence, but will not necessarily appear in consecutive order.

(c) **Sections K, L and M will be physically removed from any resultant award, but will be deemed to be incorporated, by reference, in that award.**

PART I - THE SCHEDULE
SECTION C
DESCRIPTION/SPECIFICATIONS/WORK STATEMENT

C-205. 252.211-7005  SUBSTITUTIONS FOR MILITARY OR FEDERAL     MAR 1999
                     SPECIFICATIONS AND STANDARDS
       (IAW DFARS 211.273-4)
(d) (Offeror insert information for each SPI process)

SPI Process: _____NONE_____

Facility: _____

Military or Federal Specification or Standard: _____

Affected Contract Line Item Number, Subline Item Number, Component, or Element:
_____

PART I - THE SCHEDULE
SECTION D
PACKAGING AND MARKING

D-1.      PRESERVATION, PACKAGING, PACKING REQUIREMENTS
Packaging shall be in accordance with best commercial practices. See Addendum to FAR 52.212-4.

D-484C. 5352.247-9007 SPECIFICATION COMMERCIAL PACKAGING (AFMC)

(IAW AFMCFARS 5347.305-10(a)(93))
(a) Items shall be packaged in accordance with American Society for Testing and Materials (ASTM) Specification D3951-95, Standard Practice for Commercial Packaging. Individual shipments exceeding 150 pounds, 108 inches in length, or 130 inches in girth plus length shall be packaged on skidded crates or palletized to allow handling by forklift.

# PART I - THE SCHEDULE
## SECTION E
## INSPECTION AND ACCEPTANCE

The Contractor shall maintain a quality system that addresses the elements of ISO9001-ANS/ASOC Q9001. Quality System Model for Quality Assurance in Design/ Development, Production, Installation and Servicing.

"PQA" at Contractor's Manufacturing Facility, 2355 South Tibbs Avenue, Indianapolis, Indiana 46206. Final Inspection and Acceptance will be at origin at PDC, Louisville, KY. Inspection shall be limited to a visual inspection of parts, quantity, packing, packaging, marking, signing the Acceptance document, and other parameter as delegated by the Contract Administration Office.

The copy of the Invoice/Packing List included, as a shipping/receipt document will have a preprinted stamp created for acceptance. The Government QA representative will perform the required inspection and sign in the designated area on the stamp. The official Government Eagle QA stamp is desired but not mandatory.

# PART I - THE SCHEDULE
## SECTION F
## DELIVERIES OR PERFORMANCE

F-23. 52.211-16   VARIATION IN QUANTITY                                          APR 1984
       (IAW FAR 11.703(a)) *See Pocon 2 for Change* (handwritten)
       -5% deviation for all items with less than a $5,000.00 unit price.

F-30. 52.247-29   F.O.B. ORIGIN                                                  JUN 1988
       (IAW FAR 47.303-1©)

F-69. 52.247-57   TRANSPORTATION TRANSIT PRIVILEGE CREDITS                       APR 1984
       (IAW FAR 47.305-13(b)(4))
       (d) RATE PER CWT IN CENTS _____
           TO DESTINATION _____

# PART I - THE SCHEDULE
## SECTION G
## CONTRACT ADMINISTRATION DATA

G-1.   ACCOUNTING AND APPROPRIATION DATA

   TO BE CITED ON EACH ORDER ISSUED HEREUNDER

G-51.  TRANSPORTATION APPROPRIATION CHARGEABLE

The Transportation Allotment Identification (TAI) relates directly to the above ACRN(s). For example the TAI "TAA" is for the same line item(s) as ACRN "AA".

**FMS TRANSPORTATION ALLOTMENT SHALL BE USED ONLY WHEN SHIPMENT ON GOVERNMENT BILL OF LADING IS AUTHORIZED**

Insert 3 if movement via surface mode or 2 if movement via airlift in place of any "#" shown.

Insert last digit of current fiscal year in place of any asterisk "*" shown when material is shipped.

TAI     ALLOTMENT


**ATAC: TO BE CITED ON EACH ORDER ISSUED HEREUNDER**


PART I - THE SCHEDULE
SECTION H
SPECIAL CONTRACT REQUIREMENTS


### H-826  RETURN OF NONCONFORMING PARTS JUL 1999

The Government has the right either to reject or to require correction of non-conforming parts received provided that the non-conformance was not created during transit or Government handling. Parts are non-conforming when they are defective in material or workmanship or are otherwise not in conformity with contract (drawing) requirements. The contractor agrees to repair or replace the non-conforming parts at no additional cost to the Government if the non-conformance is identified and returned within twelve (12) months of date of delivery.


### H-827  TIERING OF SPECIFICATIONS AND STANDARDS DEC 2000

The Government specifications and standards explicitly cited in either the contract specification, Prime Item Development Specification, Prime Item Product Fabrication Specification or Model Specification as referenced in the specific contracts, all Specification Notices appended thereto, the Statement of Work or elsewhere in this contract shall be first tier references and mandatory for use to the extent called out therein. Lower tier references will be for guidance only, and will not be contractually binding unless they are directly cited in this contract. Government specifications and standards listed on engineering drawings are to be considered first-tier references.

### H-837. MATERIAL IN SUPPORT OF FOREIGN MILITARY SALES (FMS)    AUG 1996

If the Contractor has completed production of the FMS items and has requested

shipping instructions and these are not furnished by the Government within fifteen (15) working days, the items will be considered "Shipped in Place" until shipping instructions are received. The Contractor agrees: (1) to retain liability and responsibility for the parts; and (2) to store the parts in a secured area; until such time as the shipping instructions are received and acted upon.

## H-845 DEFINITION OF AFTER RECEIPT OF ORDER           MAR 1997

When converting "After Receipt of Order" delivery date(s) to specific calendar dates for orders issued hereunder, an additional ten (10) calendar days will be added for mailing time. Contractual delivery dates are to be computed and designated as of the end of the month delivery.

## H-900 PREMIUM DELIVERY CLAUSE  MAY 2001

The contract delivery schedules are set forth in the Attachments by line item. Delivery is contractually specified as the last day of each month. Dependent upon mission support and prior to issuance of a delivery order, earlier delivery may be **ordered/contracted for** by mutual agreement under the terms of this clause **and will be funded for accordingly**. Provided the delivery order(s) establishes a delivery schedule less than allowed on the contract, the Government agrees to a premium of 3% per month for the value of items delivered more than 30 days prior to the established delivery schedule, up to a maximum of 15% of the value of the expedited items. For instance, deliveries 30 days prior to established delivery would provide for a premium of 3% of the value of the items delivered, deliveries 60 days prior to established delivery would provide for a premium of 6% of the value of the items delivered, etc.

## H-901 LATE DELIVERY CLAUSE  MAY 2001

The contractor agrees to comply with the delivery schedules set forth in the contract; or for Premium Delivery orders, the delivery schedule set forth in the order. In those instances where the contractor fails to deliver on time and the delay is not an "Excusable Delay" as described in subparagraph (f) of FAR 52.212-4, Contract Terms and Conditions – Commercial Items, the Government reserves the right to deduct the following percentages from the payment due:

   a. Premium Delivery Terms. If the contractor's premium delivery is late, 3% will be deducted from the premium for each month that the contractor is late until the item reaches the standard unit price. At that time, the standard delivery terms below will apply.
   b. Standard Delivery Terms.

   (1) For deliveries that are 4 to 8 weeks delinquent, the Government may deduct 1% (one percent) of the value of the delinquent quantities.
   (2) For deliveries more than 8 weeks delinquent, but less than 12 weeks, the Government may deduct an additional ¼% (one-fourth of one percent) per week based on the value of the delinquent quantities, i.e., 1 ¼% for 9 weeks delinquent, 1 ½% for 10 weeks delinquent, 1 ¾% for 11 weeks delinquent.
   (3) For deliveries made 12 weeks delinquent, or more, the Government may deduct an additional ½% (one-half of one percent) per week based on the value of the delinquent quantities, up to a maximum of 8% (eight percent) of the value of the delinquent quantities.

H-902.  ADDITION OR BREAKOUT                                    May 2001

A. <u>Addition</u>. Additional items that are determined to be sole source to Rolls-Royce may be bilaterally added to this contract at any time with receipt of appropriate justification. Items that are added to the contract will be priced using price analysis.

B. <u>Breakout</u>. Notwithstanding the clause herein entitled "Requirements", the Contracting Officer may, unilaterally delete items from this contract if additional sources are approved or if the Acquisition Method Code indicates competitive procurement and additional Sources have been identified. Items may be removed bilaterally at any time. Removal of items from this contract will be accomplished at no cost to either party.


H-903   PALLETIZATION FOR MIL-STD-2073 IN                       MAY 2001
        ACCORDANCE WITH DOO145000 REV B (97212)

The following requirement applies to all items being palletized under this
Contract (when specified on individual orders from Defense Supply Center):
(a) Palletization
    (1) Except as otherwise provided in this clause, all shipping containers may be palletized in accordance with the guidance cited in MIL-HDBK-774 (formerly MIL-STD-147D). All references below to MIL-STD_147D are covered in MIL-HDBK-774. Special palletization instructions may be further specified under other preparation for delivery instructions in this order/contract. In the case of any inconsistency between such special palletization instructions in the requirements cited in this clause, the special palletization instructions shall take precedence.

    (2) All pallets shall be new and unused and shall be seasoned hardwood or softwood as required by the applicable pallet specification. (i) Oak and chestnut wood shall be bark free and square edged so that none of the natural rounded surface tissue remain, or be bark free and have a moisture content no greater than 20%. The Contractor is responsible for performing an inspection of each shipment to assure compliance with this requirement. (ii) Pallets required for use, unless otherwise specified, shall be a MIL-P-15011J, 16 Sep 85, Type I (4-Way Entry) or a NN-P-71C, Notice 1, 20 Dec 73, Type IV or V as shown in Figure 1 of MIL-STD-147D. Unless otherwise specified, all pallets shall be 40" long x 48" wide as shown in Figure 2 of MIL-STD-147D.

    (3) All hazardous materials containers, except cylinders an and 55 gallon drums, shall be palletized in accordance with Load Type VI of MIL-STD-147D Pallet Type IV or V. "Hazardous material", for the purpose of this clause, means any material considered hazardous under the Department of Transportation Hazardous Material Regulations, 49 CFR 171-79, IATA, ICAO, IMDG, unless otherwise specified. Use of shrink-wrap is not authorized for HAZMAT.

    (4) The use of stretch-wrap, shrink film or nonmetallic strapping for bonding is not authorized for export shipments.

    (5) Stretch-wrap, when utilized, must be accomplished mechanically (machine or hand held tool maintaining enough tension to secure the items to pallet).

(6) All polyethylene/plastic containers without fiberboard overpack shall be palletized in accordance with Load Type VI of MIL-STD-147D.

(7) When the total number of containers going to the same destination exceed either 250 pounds (excluding pallet) or a volume of 20 cubic feet, then palletization in accordance with MIL-STD-147D is required. When the total number of containers going to the same destination is less than 250 pounds (excluding pallet) and is less than 20 cubic feet, then palletization is not required in accordance with MIL-STD-147D.

(a) Loading: Five-gallon tight head pails shall be loaded on pallets in accordance with Load Type III or IIIA of MIL-STD-147D, except that a triple layer or course may be used for a total of 42 cans.

(b) Unitization: Supplies that do not lend themselves to the use of MIL-STD-147D palletization due to size weight, configuration, etc. shall be unitized by securely blocking, bracing or anchoring the load on a skid base or commercial type pallet in a manner that assures safe delivery.

PART II - CONTRACT CLAUSES
SECTION I
CONTRACT CLAUSES

NO. FAR PARA    CLAUSE TITLE                                              DATE

FAR 52.252-2    CLAUSES INCORPORATED BY REFERENCE                         FEB 1998
                (IAW FAR 52.107(b))
The full text of a clause may be accessed electronically at this/these address(es):
Regulations URLs: (Click on the appropriate regulation.)
http://farsite.hill.af.mil/reghtml/regs/far2afmcfars/fardfars/far/
    far1toc.htm
http://farsite.hill.af.mil/reghtml/regs/far2afmcfars/fardfars/dfars/
    dfar1toc.htm
http://farsite.hill.af.mil/reghtml/regs/far2afmcfars/af_afmc/affars/
    affar1toc.htm
http://farsite.hill.af.mil/reghtml/regs/far2afmcfars/af_afmc/afmcfars/
    afmc1toc.htm

NOTE: After selecting the appropriate regulation above, at the "Table of Contents" page, conduct a search for the desired regulation reference using your browser's FIND function. When located, click on the **regulation reference** (hyperlink).

I-106. 52.212-5    CONTRACT TERMS AND CONDITIONS REQUIRED TO              FEB 2000
                   IMPLEMENT STATUTES OR EXECUTIVE ORDERS--

**COMMERCIAL ITEMS**
(IAW FAR 12.301(b)(4))

(a) The Contractor agrees to comply with the following FAR clauses, which are incorporated in this contract by reference, to implement provisions of law or executive orders applicable to acquisitions of commercial items:

   (1) 52.222-3, Convict Labor (E.O. 11755).
   (2) 52.225-13, Restrictions on Certain Foreign Purchases
      (E.O.'s 12722, 12724, 13059, and 13067).
   (3) 52.233-3, Protest after Award (31 U.S.C 3553).

(b) The Contractor agrees to comply with the FAR clauses in this paragraph (b) which the contracting officer has indicated as being incorporated in this contract by reference to implement provisions of law or executive orders applicable to acquisitions of commercial items or components:
  **[Contracting Officer shall check as appropriate.]**

  __X__(1) 52.203-6, Restrictions on Subcontractor Sales to the Government, with Alternate I (41 U.S.C. 253g and 10 U.S.C. 2402). (Jul 1995)
  _____(2) 52.219-3, Notice of Total HUBZone Small Business Set-Aside (Jan 1999).
  _____(3) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (Jan 1999) (if the offeror elects to waive the preference, it shall so indicate in its offer).
  _____(4) 52.219-5, Very Small Business Set-Aside (Pub. L. 103-403, section 304, Small Business Reauthorization and Amendments Act of 1994).
  _____ (ii) Alternate I to 52.219-5.
  _____ (iii) Alternate II to 52.219-5.
  __X__(5) 52.219-8, Utilization of Small Business Concerns (15 U.S.C. 637 (d)(2) and (3)). (Oct 1999)
  __X__(6) 52.219-9, Small Business Subcontracting Plan (15 U.S.C. 637 (d)(4)).
  _____(7) 52.219-14, Limitations on Subcontracting (15 U.S.C. 637(a)(14)).
  _____(8) (i) 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323) (if the offeror elects to waive the adjustment, it shall so indicate in its offer).
  _____ (ii) Alternate I of 52.219-23.
  _____(9) 52.219-25, Small Disadvantaged Business Participation Program-- Disadvantaged Status and Reporting (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).
  _____(10) 52.219-26, Small Disadvantaged Business Participation Program-- Incentive Subcontracting (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).
  __X__(11) 52.222-21, Prohibition of Segregated Facilities (Feb 1999).
  __X__(12) 52.222-26, Equal Opportunity (E.O. 11246). (Feb 1999)
  __X__(13) 52.222-35, Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era (38 U.S.C. 4212). (Apr 1998)
  __X__(14) 52.222-36, Affirmative Action for Workers With Disabilities (29 U.S.C. 793). (Jun 1998)
  __X__(15) 52.222-37, Employment Reports on Disabled Veterans and Veterans of the Vietnam Era (38 U.S.C. 4212). (Jan 1999)
  _____(16) 52.225-1, Buy American Act--Balance of Payments Program-Supplies (41 U.S.C.10a-10d).
  _____(17) (I) 52.225-3, Buy American Act-North American Free Trade Agreement-Israeli Trade Act-Balance of Payments Program (41 U.S.C. 10a-10d, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note).
      (ii) Alternate I of 52.225-3.

      (iii) Alternate II of 52.225-3.
\_\_\_\_\_(18) 52.225-5, Trade Agreements (19 U.S.C. 2501, et seq., 19 U.S.C. 3301 note).
\_\_\_\_\_(19) 52.225-15, Sanctioned European Union Country End Products (E.O. 12849).
\_\_\_\_\_(20) 52.225-16, Sanctioned European Union Country Services (E.O. 12849).
\_\_\_\_\_(21) Reserved.
\_\_X\_\_(22) 52.232-33, Payment by Electronic Funds Transfer--Central Contractor Registration (31 U.S.C. 3332).
\_\_\_\_\_(23) 52.232-34, Payment by Electronic Funds Transfer--Other than Central Contractor Registration (31 U.S.C. 3332).
\_\_\_\_\_(24) 52.232-36, Payment by Third Party (31 U.S.C. 3332).
\_\_\_\_\_(25) 52.239-1, Privacy or Security Safeguards (5 U.S.C. 552a).
\_\_X\_\_(26) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (46 U.S.C. 1241). (Jun 1997)

(c) The Contractor agrees to comply with the FAR clauses in this paragraph (c), applicable to commercial services, which the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or executive orders applicable to acquisitions of commercial items or components: (Contracting Officer check as appropriate.)
    \_\_\_\_\_(1) 52.222-41, Service Contract Act of 1965, As Amended (41 U.S.C. 51, et seq.).
    \_\_\_\_\_(2) 52.222-42, Statement of Equivalent Rates for Federal Hires (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).
    \_\_\_\_\_(3) 52.222-43, Fair Labor Standards Act and Service Contract Act-Price Adjustment (Multiple Year and Option Contracts) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).
    \_\_\_\_\_(4) 52.222-44, Fair Labor Standards Act and Service Contract Act-- Price Adjustment (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).
    \_\_\_\_\_(5) 52.222-47, SCA Minimum Wages and Fringe Benefits Applicable to Successor Contract Pursuant to Predecessor Contractor Collective Bargaining Agreement (CBA) (41 U.S.C. 351, et seq.).
    \_\_\_\_\_(6) 52.222-50, Nondisplacement of Qualified Workers (Executive Order 12933)

(d) Comptroller General Examination of Record. The Contractor agrees to comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records--Negotiation.
  (1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.
  (2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.
  (3) As used in this clause, records include books, documents, accounting

procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c) or (d) of this clause, the Contractor is not required to include any FAR clause, other than those listed below (and as may be required by an addenda to this paragraph to establish the reasonableness of prices under Part 15), in a subcontract for commercial items or commercial components--
 (1) 52.222-26, Equal Opportunity (E.O. 11246);
 (2) 52.222-35, Affirmative Action for Special Disabled and Vietnam Era Veterans (38 U.S.C. 4212(a));
 (3) 52.222-36, Affirmative Action for Handicapped Workers (29 U.S.C. 793); and
 (4) 52.247-64, Preference for Privately-Owned U.S. Flag Commercial Vessels (46 U.S.C. 1241) (flow down not required for subcontracts awarded beginning May 1, 1996).

I-416F. 52.232-33   **PAYMENT BY ELECTRONIC FUNDS TRANSFER--**   MAY 1999
                    **CENTRAL CONTRACTOR REGISTRATION**
                    (IAW FAR 32.1110(a)(1))

I-170. 52.216-18   **ORDERING**
                   (IAW FAR 16.506(a))
For the purposes of this clause the blank(s) is/are completed as follows:
(a) issued from **the effective date as it appears on the face of this contract through 18 months thereafter. If applicable, any options that are exercised will extend the contract ordering period by twelve (12) months.**

I-171. 52.216-19   **ORDER LIMITATIONS**                                           OCT 1995
                   (IAW FAR 16.506(b))
For the purposes of this clause the blank(s) is/are completed as follows:

 (a)(1) __1 EA__ *See P00002 For Changes (or similar language)*
 (b)(1) __A QTY REQUIRING DELIVERY BEYOND THE LIMITATIONS IN CLAUSE I-173__
 (b)(2) __A QTY REQUIRING DELIVERY BEYOND THE LIMITATIONS IN CLAUSE I-173__
 (b)(3) __30 DAYS__
 (d)   __10 DAYS__

I-173. 52.216-21   **REQUIREMENTS**                                                OCT 1995
                   (IAW FAR 16.506(d)(1))
For the purposes of this clause the blank(s) is/are completed as follows:
(f) Contractor shall not be required to make any deliveries under this contract after **12 months beyond the expiration of the final ordering period in I-170.**

I-195. 52.217-9   OPTION TO EXTEND THE TERM OF THE CONTRACT   NOV 1999
         (IAW FAR 17.208(g))
   For the purposes of this clause the blank(s) is/are completed as follows:
   (a) within **PRIOR TO THE EXPIRATION OF THE CONTRACT**
       at least **30 DAYS**

   (c) shall not Exceed **twelve (12) years**.


I-311. 52.225-10   DUTY-FREE ENTRY   APR 1984
         (IAW FAR 25.605(a))
   For the purposes of this clause the blank(s) is/are completed as follows:
       (f)(3) The notation "UNITED STATES GOVERNMENT, DEPARTMENT OF DEFENSE,
       Duty-free entry to be claimed pursuant to Schedule 8, Part 3, Item No. 832.00 Tariff
       Schedules of the United States (19 U.S.C. 1202). Upon arrival of shipment at
       port of entry, District Director of Customs, please release shipment under
       19 CFR 142 and notify the appropriate contract administration office for
       execution of Customs Forms 7501 and 7501-A and any required duty-free entry
       certificates."

I-315. 52.227-1   AUTHORIZATION AND CONSENT   JUL 1995
         (IAW FAR 27.201-2(a))

I-353. 52.229-4   FEDERAL, STATE, AND LOCAL TAXES   JAN 1991
         (NONCOMPETITIVE CONTRACT)
         (IAW FAR 29.401-4)

I-354. 52.229-5   TAXES--CONTRACTS PERFORMED IN U.S. POSSESSION   APR 1984
         OR PUERTO RICO
         (IAW FAR 29.401-5)

I-416F. 52.232-33   PAYMENT BY ELECTRONIC FUNDS TRANSFER--   MAY 1999
         CENTRAL CONTRACTOR REGISTRATION
         (IAW FAR 32.1110(a)(1))

I-538. 52.242-10   F.O.B. ORIGIN--GOVERNMENT BILLS OF LADING OR   APR 1984
         PREPAID POSTAGE
         (IAW FAR 42.1404-2(a))

I-580. 52.245-2   GOVERNMENT PROPERTY (FIXED-PRICE CONTRACTS)   DEC 1989
         (IAW FAR 45.106(b)(1))

I-581. 52.245-2   GOVERNMENT PROPERTY (FIXED-PRICE CONTRACTS) --   APR 1984
         ALTERNATE
         (IAW FAR 45.106(b)(2))

I-598C. 52.245-17   SPECIAL TOOLING -- ALTERNATE I   APR 1984
         (DEVIATION)
         (IAW FAR 45.305(a)(2), and DDP Memo dated

16 Sep 99, DAR Tracking #99-O0012)

I-600. 52.245-18    SPECIAL TEST EQUIPMENT    FEB 1993
(IAW FAR 45.307-3)

I-601. 52.245-19    GOVERNMENT PROPERTY FURNISHED "AS IS"    APR 1984
(IAW FAR 45.308-2)

I-636. 52.247-1    COMMERCIAL BILL OF LADING NOTATIONS    APR 1984
(IAW FAR 47.104-4(a), and (b))

I-732. 52.252-4    ALTERATIONS IN CONTRACT    APR 1984
(IAW FAR 52.107(d))
Portions of this contract are altered as follows:
**Pursuant to clause I-416F, entitled "Mandatory Information for Electronic Funds Transfer Payment", the following supplemental information is given:**

**(EFT payments):**
CHASE MANHATTAN BANK
1 CHASE MANHATTAN PLAZA
**NEW YORK, NY 10005**

Acc # 400-707764 THE ACCOUNT OF ROLL ROYCE CORP
ABA #021000021

IA-34. 252.204-7004    REQUIRED CENTRAL CONTRACTOR REGISTRATION    MAR 1998
(IAW DFARS 204.7304)
(Not applicable to awards with foreign vendors and foreign performance)

IA-131. 252.212-7001    CONTRACT TERMS AND CONDITIONS REQUIRED TO    MAR 2000
IMPLEMENT STATUTES OR EXECUTIVE ORDERS APPLICABLE
TO DEFENSE ACQUISITIONS OF COMMERCIAL ITEMS
(IAW DFARS 212.301(f)(iii))
(a) The Contractor agrees to comply with any clause that is checked on the following list of DFARS clauses which, if checked, is included in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items or components.

  __X__    252.205-7000   Provision of Information to Cooperative Agreement Holders (10 U.S.C. 2416). (Dec 1991)
  _____    252.206-7000   Domestic Source Restriction (10 U.S.C. 2304).
  __X__    252.219-7003   Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (DOD Contracts) (15 U.S.C. 637). (Apr 1996)
  __X__    252.225-7001   Buy American Act and Balance of Payments Program (41 U.S.C. 10a-10d, E.O. 10582). (Mar 1998)
  __X__    252.225-7007   Buy American Act--Trade Agreements--Balance of Payments Program (41 U.S.C. 10a-10d, 19 U.S.C. 2501-2518, and 19 U.S.C. 3301 note). (Mar 1998)
  __X__    252.225-7012   Preference for Certain Domestic Commodities. (May 1999)
  __X__    252.225-7014   Preference for Domestic Specialty Metals (10 U.S.C. 2241 note).
  _____    252.225-7015   Preference for Domestic Hand or Measuring Tools (10

      U.S.C. 2241 note).
\_\_\_\_ 252.225-7021 Trade Agreements (19 U.S.C. 2501-2518 and 19 U.S.C. 3301 note).
\_X\_ 252.225-7027 Restriction on Contingent Fees for Foreign Military Sales (22 U.S.C. 2779). (Mar 1998) *SEE (b) (1) fill-in below.
\_X\_ 252.225-7028 Exclusionary Policies and Practices of Foreign Governments (22 U.S.C. 2755). (Dec 1991)
\_\_\_\_ 252.225-7029 Preference for United States or Canadian Air Circuit Breakers (10 U.S.C. 2534(a)(3)).
\_X\_ 252.225-7036 Buy American Act--North American Free Trade Agreement Implementation Act--Balance of Payments Program.
\_\_\_\_ 252.227-7015 Technical Data--Commercial Items (10 U.S.C. 2320).
\_X\_ 252.227-7037 Validation of Restrictive Markings on Technical Data (10 U.S.C. 2321).
\_X\_ 252.243-7002 Requests for Equitable Adjustment (10 U.S.C. 2410). (Mar 1998).
\_\_\_\_ 252.247-7023 Transportation of Supplies by Sea
     (\_\_\_\_ Alternate I)
     (\_\_\_\_ Alternate II) (10 U.S.C. 2631).
\_\_\_\_ 252.247-7024 Notification of Transportation of Supplies by Sea (10 U.S.C. 2631).

* Fill in for 252.225-7027(b)(1) Australia, Taiwan, Egypt, Greece, Israel, Japan, Jordan, Republic of Korea, Kuwait, Pakistan, Philippines, Saudi Arabia, Turkey, Thailand or Venezuela (Air Force), contingent fees in any amount.

(c) In addition to the clauses listed in paragraph (e) of the Contract Terms and Conditions Required to Implement Statutes or Executive Orders--Commercial Items clause of this contract, the Contractor shall include the terms of the following clause, if applicable, in subcontracts for commercial items or commercial components, awarded at any tier under this contract:

252.225-7014, Preference for Domestic Specialty Metals, Alternate I (10 U.S.C. 2241 note).

IA-225E. **252.219-7004 SMALL, SMALL DISADVANTAGED AND WOMEN-OWNED SMALL BUSINESS SUBCONTRACTING PLAN (TEST PROGRAM)**
    (IAW DFARS 219.708(b)(1)(B))                     JUN 1997

IA-291G. **252.225-7008 SUPPLIES TO BE ACCORDED DUTY-FREE ENTRY**     MAR 1998
    (IAW DFARS 225.1101(7))
Supplies to be accorded duty-free entry:

IA-634C. **252.242-7003 APPLICATION FOR U.S. GOVERNMENT SHIPPING DOCUMENTATION/INSTRUCTIONS**     DEC 1991
    (IAW DFARS 242.1404-2-70)

IB-432. **5352.216-9004 AUTHORITY TO ISSUE ORDERS (AFMC)**     JUL 1997
    (IAW AFMCFARS 5316.506-90, and 5316.703-90(a))

Contracting Officers within the <u>OklahomaCenter Air Logistics Center and DLA Centers at Richmond (S9G), Philadelphia (S9I)and Columbus (S9C)</u> are authorized to issue orders hereunder.
(Applicable to all orders issued hereunder)

IB-325. 5352.225-9000  EVIDENCE OF SHIPMENT ON FOREIGN MILITARY      MAY 1996
                      SALES (FMS) CONTRACTS
                      (IAW AFFARS 5325.7390)

IB-445. 5352.219-9000  INCORPORATION OF SUBCONTRACTING PLAN (AFMC)   JUL 1997
                      (IAW AFMCFARS 5319.705-5(a))
In accordance with FAR 52.219-9, Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan, the subcontracting plan contained in <u>Rolls-Royce Comprehensive Subcontracting Plan</u> dated <u>FEB 09 2000</u> is incorporated herein by reference.
The small business goal is <u>34</u> %. The small disadvantaged business goal is <u>5</u> %. The women-owned small business goal is <u>5</u> %.

IB-455C. 5352.225-9000  LAW COVERING CONTRACTS (AFMC)                JUL 1997
                       (IAW AFMCFARS 5325.902-90)
This contract shall be governed by and interpreted in accordance with the laws of the United States of America.


## PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS
## SECTION J
## LIST OF ATTACHMENTS
(All listed attachments are at the end of this document)

| TITLE | PAGES |
|---|---|
| ATTACHMENT "A" ADDITIONAL TERMS AND CONDITIONS-ROLLS ROYCE | 2 |
| ATTACHMENT "B" CONTRACT LINE ITEMS | 70 |

ATTACHMENT A
ADDITIONAL TERMS AND CONDITIONS – ROLLS-ROYCE CORPORATION (RRC)
December 4, 2000

These terms and conditions are applicable to parts sales from the negotiated price list to be used by the U.S. Government only. This price list contains proprietary and business sensitive information of the Rolls-Royce Corporation and is not to be disclosed in whole or in part outside of the Government. With the exception to The exclusion of Lockheed-Martin Kelly Aviation Center as provided in section B.

General

Delivery schedules are at production lead and incorporated as a part of the price list. Due to capacity constraints on certain parts Rolls-Royce Corporation reserves the right to requote delivery within ten (10) working days from the date of receipt of an order issued if the lead time has changed significantly from the lead times in the price list and further reserves the right to reject the order in writing IAW Clause 52.216-19.

Part Numbers
  (1) RRC reserves the right to supply superseding or alternate items if items ordered are no longer available, or not available at the time of order, and the superseding or alternate item can be supplied at no increase in cost.
  (2) RRC will notify the Government, prior to manufacture or at time order is placed, whichever is earlier, if a superseding or alternate part number is to be supplied so that appropriate changes can be made to the procurement document and engineering approval obtained (if required).
  (3) Delivery of alternate or superseded parts is subject to government approval.

List Price
(1) All items purchased will be at the agreed list price based on the CY of order delivery. Delivery will be as published and is at production lead-time and alternately also referred to as lead-time away. Example: a) an order placed in July 2001 with a published 12 month lead would use the list price for 2002, b) an order placed in January 2001 with a 6 month published lead time would be the 2001 list price.

(2) The price list is valid for 18 Months from the date of award of the requirement contract. A new price list will be negotiated at least 6 months prior to expiration of the validity of the list in effect.

(3) Price and delivery for test equipment, tools, and parts not listed herein will be quoted upon request.

(4) Price and delivery of major components, engine kits and modules will be quoted upon request.

Engineering/Technical Support

(1) Engineering and technical support is included in the prices established. The level of support is in accordance with RRC and USAF negotiated agreement tailored from standard commercial practice.

(2) Any request for Deviation/Waiver affecting items being acquired under delivery orders issued shall be IAW MIL-STD-973 latest revision. Major or critical deviations and waivers will not be effective until authorized in writing by the PCO. Minor deviations and waivers shall be authorized (or disapproved) by the cognizant Government QAR at source. Class I and II ECP's affecting items supplied on the delivery orders are processed and approved through the Air Force Component Improvement Program Contract IAW MIL-STD-973.

Warranty

Warranty (subparagraph (o)) is replaced with the following language: Clause H-826, return of non-conforming parts provides the agreement between the parties concerning warranty. The foregoing warranty is exclusive and in lieu of all other warranties, whether written, oral, expressed, or implied (including, without limitation, any warranty of merchantability or fitness for particular purpose."

## Economic Price Adjustment (EPA) CLAUSE IAW FAR 16.203-4(d)

(1) The Fixed Price of each item in the price list was escalated based on use of the WEFA index and its projections as agreed with the Government. The agreed weighted ratio of labor and material is 60/40. The specific indexes used were WRHP371 for labor and P10 for Material (metals and metals products). Rolls-Royce Corporation's union workforce is the UAW. Each projected calendar year of unit pricing is subject to a EPA price change to those unit prices. At the completion of a CY the next CY of pricing will be changed upward, downward or remain the same by comparing the projected index that was used for out year escalation to the latest projection. The EPA shall only be made if the variation for the latest projection varies from the initial projection by plus or minus 2%. The EPA shall be made based on the difference between the new projected index value minus 2%. The next CY of pricing will be adjusted for that change without change to unit pricing for parts previously put on order. Changes to a CY beyond the upcoming CY are subject to the same conditions based on a change to the out year projection.

The formula to be used to calculate the index change (as a percentage) for a given CY period is:

.60 |(next CY projected/ original CY projection) −1| + .40 |(next CY projected/ original CY projection) −1|

Example:



(A) Within 30 days of publication (1 OCT) of the WEFA index for the next CY Rolls Royce Corporation shall submit to the Contracting Officer the EPA adjustment for the upcoming CY calculated in accordance with the provisions of this clause. If no change(s) are required based on the projections the Contracting Officer shall be so notified.

(B) Upon Contractor submission of the information required the Contracting Officer will determine that the calculation has been made in accordance with the formula. Once the calculation has been determined to be correct the Contracting Officer shall issue a modification to this contract incorporating the contractors new price list if required.

(C) The EPA clause shall apply from date of contract award until 31 Dec 2002. The 31 Dec 2002 date may be adjusted if the seven one year options are exercised.