# Rolls-Royce Sales to U.S. Air Force CONTRACT F3460195G0012

**1.    Turbine Vane;        Part # 23031745**

| Payment Date | Quantity | Delivery Date | Rolls-Royce DD250 Certification of Compliance | Price per Vane | Total Money Rec'd by Rolls-Royce |
|---|---|---|---|---|---|
| 6/1/98 | 4312 | 5/1/98 | 5/1/98 | $516 | $2,224,992 |
| 6/1/98 | 6161 | 5/1/98 | 5/1/98 | $516 | $3,179,076 |
| Total | 10,473 | | | | $5,404,068 |

**2.    Turbine Vane;        Part #23031748**

| Payment Date | Quantity | Delivery Date | Rolls-Royce DD250 Certification of Compliance | Price per Vane | Total Money Rec'd by Rolls-Royce |
|---|---|---|---|---|---|
| 10/2/97 | 1461 | 9/2/97 | 5/1/98 | $512 | $ 748,032 |
| 10/2/97 | 1792 | 9/12/97 | 5/1/98 | $540 | $ 967,680 |
| 5/31/98 | 2238 | 5/1/98 | 5/1/98 | $545 | $1,219,710 |
| 5/31/98 | 3785 | 5/1/98 | 5/1/98 | $545 | $2,062,825 |
| Total | 9,276 | | | | 4,998,247 |

**3.    Turbine Vane;        Part #23031747**

| Payment Date | Quantity | Delivery Date | Rolls-Royce DD250 Certification of Compliance | Price per Vane | Total Money Rec'd by Rolls-Royce |
|---|---|---|---|---|---|
| 10/2/97 | 995 | 9/2/97 | 5/1/98 | $472 | $ 469,640 |
| 10/2/97 | 1221 | 9/2/97 | 5/1/98 | $494 | $ 603,174 |
| 5/31/98 | 2152 | 5/1/98 | 5/1/98 | $498 | $1,071,696 |
| 5/31/98 | 3973 | 5/1/98 | 5/1/98 | $498 | $1,978,554 |
| Total | 8,341 | | | | 4,123,064 |

**Grand Total:        28,090                                        $14,525,379**

**Exhibit 3- Rolls-Royce Sales to U.S. Air Force CONTRACT F3460195G0012**