Rolls-Royce Sales to U.S. Air Force CONTRACT F3460198G0011   BOA

1. Turbine Vane;    Part # 23031745

| Payment Date | Quantity | Delivery Date | Rolls-Royce DD250 Certification of Compliance | Price per Vane | Total Money Rec'd by Rolls-Royce |
|---|---|---|---|---|---|
| 6/20/99 | 800 | 5/21/99 | 5/21/99 | $516 | $412,800 |
| 8/30/99 | 842 | 7/30/99 | 7/30/99 | $516 | $434,472 |
| 8/30/99 | 841 | 7/30/99 | 7/30/99 | $516 | $433,956 |
| 6/20/99 | 750 | 5/21/99 | 5/21/99 | $516 | $387,000 |
| 6/20/99 | 750 | 5/21/99 | 5/21/99 | $516 | $387,000 |

2. Turbine Vane;    Part #23031748

| Payment Date | Quantity | Delivery Date | Rolls-Royce DD250 Certification of Compliance | Price per Vane | Total Money Rec'd by Rolls-Royce |
|---|---|---|---|---|---|
| 6/20/99 | 500 | 5/21/99 | 5/21/99 | $545 | $272,500 |
| 6/20/99 | 500 | 5/21/99 | 5/21/99 | $545 | $272,500 |
| 6/20/99 | 380 | 5/21/99 | 5/21/99 | $545 | $207,100 |
| 6/20/99 | 380 | 5/21/99 | 5/21/99 | $545 | $207,100 |
| 6/20/99 | 500 | 5/21/99 | 5/21/99 | $545 | $272,500 |
| 8/29/99 | 433 | 7/30/99 | 5/21/99 | $545 | $235,985 |

3. Turbine Vane;    Part #23031747

| Payment Date | Quantity | Delivery Date | Rolls-Royce DD250 Certification of Compliance | Price per Vane | Total Money Rec'd by Rolls-Royce |
|---|---|---|---|---|---|
| 6/20/99 | 650 | 5/21/99 | 5/21/99 | $498 | $323,700 |
| 6/20/99 | 650 | 5/21/99 | 5/21/99 | $498 | $323,700 |
| 6/20/99 | 500 | 5/21/99 | 5/21/99 | $498 | $249,000 |
| 6/20/99 | 600 | 5/21/99 | 5/21/99 | $498 | $298,800 |
| 6/20/99 | 500 | 5/21/99 | 5/21/99 | $498 | $249,000 |
| 7/30/99 | 650 |  | 7/30/99 | $498 | $323,700 |

4. Turbine Rotor Blade    Part #6887154

| Payment Date | Quantity | Delivery Date | Rolls-Royce DD250 Certification of Compliance | Price per Vane | Total Money Rec'd by Rolls-Royce |
|---|---|---|---|---|---|
| Jan 2001 | 12,400 | 12/2000 | 12/2000 | $289 | $3,583,600 |
| Aug 2000 | 12,400 | 7/2000 | 7/2000 | $289 | $3,583,600 |

5. Turbine Rotor Blade    Part #6852412

| Payment Date | Quantity | Delivery Date | Rolls-Royce DD250 Certification of Compliance | Price per Vane | Total Money Rec'd by Rolls-Royce |
|---|---|---|---|---|---|
| Oct 2001 | 9,800 | 9/2001 | 9/2001 | $249.80 | $2,448,040 |

**Total Parts    44,826**

**Total Money Paid to Rolls-Royce per Electronic Fund Transfer to Bank of Boston Account 561-01265.......................................................................................$14,906,053**

Exhibit 4- Rolls-Royce Sales to U.S. Air Force CONTRACT F3460198G0011   BOA