# Rolls-Royce Sales to U.S. Navy CONTRACT N0038395D051M

**1.      Turbine Vane;        Part # 23031745**

| Payment Date | Quantity | Delivery Date | Rolls-Royce DD250 Certification of Compliance | Price per Vane | Total Money Rec'd by Rolls-Royce |
|---|---|---|---|---|---|
| 10/27/96 | 3122 | 9/27/96 | 9/27/96 | $640 | $1,998,080 |
| 9/20/96 | 3197 | 8/20/96 | 8/20/96 | $640 | $2,046,080 |
| 9/20/96 | 7086 | 8/20/96 | 8/20/96 | $640 | $4,535,040 |
| Total | 13,405 | | | | $8,579,200 |

**2.      Turbine Vane;        Part # 23031748**

| Payment Date | Quantity | Delivery Date | Rolls-Royce DD250 Certification of Compliance | Price per Vane | Total Money Rec'd by Rolls-Royce |
|---|---|---|---|---|---|
| 10/27/96 | 1916 | 9/27/96 | 9/27/96 | $671 | $1,285,636 |
| 9/20/96 | 3638 | 8/20/96 | 8/20/96 | $671 | $2,441,098 |
| 6/22/96 | 1372 | 5/23/96 | 5/23/96 | $671 | $ 920,612 |
| Total | 6,926 | | | | $4,647,346 |

**3.      Turbine Vane;        Part # 23031747**

| Payment Date | Quantity | Delivery Date | Rolls-Royce DD250 Certification of Compliance | Price per Vane | Total Money Rec'd by Rolls-Royce |
|---|---|---|---|---|---|
| 10/27/96 | 1615 | 9/27/96 | 9/27/96 | $641 | $1,035,215 |
| 9/20/96 | 3527 | 8/20/96 | 8/20/96 | $641 | 2,260,807 |
| 6/22/96 | 1499 | 5/23/96 | 5/23/96 | $641 | 960,859 |
| Total | 6,641 | | | | $4,256,881 |

**Grand Total:        26,972                                            $17,483,427**

**Exhibit 6- Rolls-Royce Sales to U.S. Navy CONTRACT N0038395D051M**