# Rolls-Royce Sales to U.S. Navy CONTRACT N0038300D003M

1. Turbine Vane; Part # 23031745

| Payment Date | Quantity | Delivery Date | Rolls-Royce DD250 Certification of Compliance | Price per Vane | Total Money Rec'd by Rolls-Royce |
|---|---|---|---|---|---|
| 11/20/01 | 2409 | 10/31/01 | 10/31/01 | $439.50 | $1,058,755.50 |
| 9/8/01 | 2002 | 8/9/01 | 8/9/01 | $439.50 | 879,879.00 |
| 2/9/01 | 4078 | 1/10/01 | 1/10/01 | $439.50 | 1,792,281.00 |
| Total | 8,489 | | | | $3,730,915.50 |

2. Turbine Vane; Part # 23031748

| Payment Date | Quantity | Delivery Date | Rolls-Royce DD250 Certification of Compliance | Price per Vane | Total Money Rec'd by Rolls-Royce |
|---|---|---|---|---|---|
| 1/1/02 | 1013 | 12/2/01 | 12/2/01 | $439.50 | $ 445,213.50 |
| 4/6/01 | 2160 | 3/7/01 | 3/7/01 | $439.50 | 949,320.00 |
| Total | 3,173 | | | | $1,394,533.50 |

3. Turbine Vane; Part # 23031747

| Payment Date | Quantity | Delivery Date | Rolls-Royce DD250 Certification of Compliance | Price per Vane | Total Money Rec'd by Rolls-Royce |
|---|---|---|---|---|---|
| 2/7/02 | 1008 | 1/8/02 | 1/8/02 | $439.50 | $443,016.00 |
| 11/16/01 | 967 | 10/17/01 | 10/17/01 | $439.50 | $424,996.50 |
| 6/23/01 | 2007 | 5/24/01 | 5/24/01 | $439.50 | $882,076.50 |
| Total | 3982 | | | | $1,750,089.50 |
| Page Total | 15,644 | | | | $6,875,538.00 |

**Grand Total** 147,535 $67,286,839.49
(5 contracts)

**Exhibit 7- Rolls-Royce Sales to U.S. Navy CONTRACT N0038300D003M**