| | | | |
|---|---|---|---|
| SOLICITATION/CONTRACT<br>BIDDER/OFFEROR TO COMPLETE BLOCKS 1, 3,15,21,22, & 27. | THIS CONTRACT IS A RATED ORDER UNDER DPAS 115 CFR 350 | RATING ** | PAGE<br>1   37 |

| 2. CONTRACT NO<br>F34601-98-G-0011 | 3. AWARD/EFFECTIVE DATE<br>14 MAY 1998 | 4. SOLICITATION NUMBER<br>N/A | 5. SOLICITATION TYPE<br>☐ SEALED BIDS (IFB)   ☐ NEGOTIATED (RFP)   N/A | 6. SOLICITATION ISSUE DATE<br>N/A |

7. ISSUED BY    CODE  FA8104

DEPARTMENT OF THE AIR FORCE
OC-ALC/DIR CONTRACTING/PROPULSION
3001 STAFF DR STE 1AG81
TINKER AIR FORCE BASE OK 73145-3032

BUYER: JIM STEPHENS/LPDPA/[405]739-5501    NO COLLECT CALLS

8. THIS ACQUISITION IS  N/A
☐ UNRESTRICTED     ☐ LABOR SURPLUS AREA CONCERNS
☐ SET ASIDE:  %FOR   ☐ COMBINED SMALL BUSINESS & LABOR SURPLUS AREA CONCERNS
☐ SMALL BUSINESS    ☐ OTHER
SIC:    SIZE STANDARD:

9  SOLICITATION: N/A

31 Jul 01

MAILING DATE  1998 MAY 14

10 ITEMS TO BE PURCHASED (BRIEF DESCRIPTION)
☐ SUPPLIES  ☐ SERVICES   N/A

11. IF OFFER IS ACCEPTED BY THE GOVERNMENT WITHIN ____ CALENDAR DAYS
160 CALENDAR DAYS UNLESS OFFEROR INSERTS A DIFFERENT PERIOD FROM THE DATE SET FORTH IN BLK 9 ABOVE, THE CONTRACTOR AGREES TO HOLD ITS OFFERED PRICES FIRM FOR THE ITEMS SOLICITED HEREIN AND TO ACCEPT ANY RESULTING CONTRACT SUBJECT TO THE TERMS AND CONDITIONS STATED HEREIN.  N/A (SEE K-32)

12. ADMINISTERED BY    CODE  S1504A
DCMC ALLISON ENGINE COMPANY
2001 SOUTH TIBBS AVE
INDIANAPOLIS IN 46241-4812

PAS #: **    SCD: **

13. CONTRACTOR OFFEROR    CODE  63005    FACILITY CODE

ALLISON ENGINE CO INC
2001 S TIBBS AVE
INDIANAPOLIS IN 46241 4893

TELEPHONE NO
☐ CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER
SIZE CODE: A

14. PAYMENT WILL BE MADE BY    CODE  HQ0339
DFAS-CO-JW
WEST ENTITLEMENT OPERATIONS
PO BOX 182266
COLUMBUS OH 43218-2266

SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK:

15. PAY DISCOUNT

16. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION   ☐ 10 USC 2304 (C)( )   ☐ 41 USC 253 (C)( )

| 17 ITEM NO | 18 SCHEDULE OF SUPPLIES/SERVICES | 19 QUANTITY | 20 UNIT | 21 UNIT PRICE | 22 AMOUNT |
|---|---|---|---|---|---|
| | ** TO BE CITED ON EACH ORDER<br><br>ALLISON'S LETTER DATED 1 MAY 98 IS INCORPORATED BY ATTACHMENT.<br><br>REMITTANCE ADDRESS TO BE CITED ON EACH ORDER FOR EFT PAYMENTS:<br>BANK OF BOSTON<br>100 FEDERAL STREET<br>BOSTON, MA 02110<br>ACCT # 561-01265    ABA # 011000390 | | | | |

23. ACCOUNTING AND APPROPRIATION DATA
**

24. TOTAL AWARD AMOUNT (FOR GOVT USE ONLY)
INDEFINITE

25. ☒ CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY CONTINUATION SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

26. ☐ AWARD OF CONTRACT: YOUR OFFER ON SOLICITATION SHOWN IN BLOCK 4 INCLUDING ANY ADDITIONS ARE SET FORTH HEREIN, IS ACCEPTED AS TO

27. SIGNATURE OF OFFEROR/CONTRACTOR

NAME AND TITLE OF SIGNER (TYPE OR PRINT)
M. DEVON KENNERLY
Contracts Manager

DATE SIGNED

28. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER)

NAME OF CONTRACTING OFFICER
JIM STEPHENS

DATE SIGNED
14 May 98

1447-101    STANDARD FORM 1447 (5-88)
Prescribed by GSA

Exhibit 1

Exhibit CL 27
Opp. to MSJ

PAGE 3 OF 37
BASIC ORDERING AGREEMENT NUMBER F34601-98-G-0011

    (a) Code of Federal Regulations (CFR) Title 29, Part 1910.1200;
    (b) Code of Federal Regulations (CFR) Title 49;
    (c) Air Force Joint Manual (AFJAM) 24-204, Preparing Hazardous Materials for Military Air Shipment;
    (d) International Civil Aviation Organization (ICAO) Technical Instructions for the Safe Transport of Dangerous Goods by Air; and
    (e) International Maritime Dangerous Goods (IMDG) Code.
(Applicable to orders when the delivery of commercial or military items involve hazardous material)

PART I - THE SCHEDULE
SECTION E
INSPECTION AND ACCEPTANCE

E-1C.   52.246-1    CONTRACTOR INSPECTION REQUIREMENTS    APR 1984
                    (IAW FAR 46.301)
(Applicable to orders under $100,000)

E-1D.   52.246-2    INSPECTION OF SUPPLIES--FIXED-PRICE    AUG 1996
                    (IAW FAR 46.302)
(Applicable to all orders for supplies or services with supplies issued hereunder)

E-5.   52.246-4    INSPECTION OF SERVICES--FIXED-PRICE    AUG 1996
                    (IAW FAR 46.304)
(Applicable to orders for services or supplies with services issued hereunder)

E-15.   52.246-11    HIGHER-LEVEL CONTRACT QUALITY REQUIREMENT    APR 1984
                    (GOVERNMENT SPECIFICATION)
                    (IAW FAR 46.311, and AFMC PKP Ltr dated 11 Jun 96 - ISO 9000 Requirements)
For the purposes of this clause the blank(s) is/are completed as follows:
(b) ANSI/ASQC Q9003, QUALITY SYSTEMS--MODEL FOR QUALITY ASSURANCE IN FINAL INSPECTION AND TEST, or for the purposes of this solicitation and resulting contract the following documents are considered optional and equivalent and Offeror may choose option by checking the appropriate block:

[ ] MIL-I-45208A INSPECTION SYSTEM (Military Specification)
[ ] ISO 9003 - QUALITY SYSTEMS--MODEL FOR QUALITY ASSURANCE IN FINAL INSPECTION AND TEST (Overseas Offerors - Non-NATO)
[ ] AQAP 130 - NATO QUALITY ASSURANCE REQUIREMENTS FOR PRODUCTION (ISO 9003) (NATO Offerors)

E-15C.   52.246-11    HIGHER-LEVEL CONTRACT QUALITY REQUIREMENT    APR 1984
                    (GOVERNMENT SPECIFICATION)
                    (IAW FAR 46.311, and AFMC PKP Ltr dated 11 Jun 96 - ISO 9000 Requirements)
For the purposes of this clause the blank(s) is/are completed as follows:
(b) ANSI/ASQC Q9002, QUALITY SYSTEMS--MODEL FOR QUALITY ASSURANCE IN PRODUCTION, INSTALLATION, AND SERVICING, or for the purposes of this solicitation and resulting contract the following documents are considered optional and equivalent and Offeror may choose option by checking the appropriate block:

[ ] MIL-Q-9858A QUALITY PROGRAM (Military Specification)
[ ] ISO 9002 - QUALITY SYSTEMS--MODEL FOR QUALITY ASSURANCE IN PRODUCTION, INSTALLATION, AND SERVICING (Overseas Offerors-Non-NATO)
[ ] AQAP 120 - NATO QUALITY ASSURANCE REQUIREMENTS FOR PRODUCTION, INSTALLATION, AND SERVICING (ISO 9001) (NATO Offerors)
(Applicable only if clause E015E is specified in the individual order issued hereunder)

E-21.   52.246-15    CERTIFICATE OF CONFORMANCE    APR 1984
                    (IAW FAR 46.315)
(Applicable to orders when Certificate of Conformance is specified)

E-22.   52.246-16    RESPONSIBILITY FOR SUPPLIES    APR 1984
                    (IAW FAR 46.316)

E-50.                    PLACE OF INSPECTION AND ACCEPTANCE
                    (IAW FAR 46.401(b) and 46.503)
Place of inspection and acceptance shall be cited on each order.