| | SOLICITATION/CONTRACT BIDDER/OFFEROR TO COMPLETE BLOCKS 11,13,15,21,22, & 27. RD J | | | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) | RATING ** | PAGE 1 OF 50 |
|---|---|---|---|---|---|---|
| 2. CONTRACT NO. F34601-95-G-0012 | 3. AWARD/EFFECTIVE DATE 07 JUL 1995 | | 4. SOLICITATION NUMBER N/A | 5. SOLICITATION TYPE N/A ☐ SEALED BIDS (IFB) ☐ NEGOTIATED (RFP) | | 6. SOLICITATION ISSUE DATE N/A |

7. ISSUED BY    CODE  FA8104

DEPARTMENT OF THE AIR FORCE
OC-ALC/DIR CONTRACTING/PROPULSION
3001 STAFF DR STE 1AG81
TINKER AIR FORCE BASE OK 73145-3032

BUYER: ROBERT W DRIVER/LPDPA/[405]738-5497  NO COLLECT CALLS

8. THIS ACQUISITION IS    N/A
☐ UNRESTRICTED
☐ SET ASIDE:    % FOR
☐ SMALL BUSINESS
SIC:    SIZE STANDARD:
☐ LABOR SURPLUS AREA CONCERNS
☐ COMBINED SMALL BUSINESS & LABOR SURPLUS AREA CONCERNS
☐ OTHER

9. SOLICITATION: N/A

10. ITEMS TO BE PURCHASED (BRIEF DESCRIPTION)
☐ SUPPLIES ☐ SERVICES  N/A

MAILING DATE 1995 JUN 27

11. IF OFFER IS ACCEPTED BY THE GOVERNMENT WITHIN ___ CALENDAR DAYS (60 CALENDAR DAYS UNLESS OFFEROR INSERTS A DIFFERENT PERIOD) FROM THE DATE SET FORTH IN BLK 9 ABOVE, THE CONTRACTOR AGREES TO HOLD ITS OFFERED PRICES FIRM FOR THE ITEMS SOLICITED HEREIN AND TO ACCEPT ANY RESULTING CONTRACT SUBJECT TO THE TERMS AND CONDITIONS STATED HEREIN.    N/A (SEE K-32)

12. ADMINISTERED BY    CODE  S1501A
DCMAO INDIANAPOLIS
BUILDING ONE
FORT BENJAMIN HARRIS IN 46249-5701

PAS #: **    SCD: **

13. CONTRACTOR OFFEROR    CODE  OYJ38    FACILITY CODE

ALLISON ENGINE COMPANY
PO BOX 420
INDIANAPOLIS IN 46206 0420

TELEPHONE NO
☐ CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER
SIZE CODE: A

14. PAYMENT WILL BE MADE BY    CODE  SC1032
DFAS COLUMBUS CENTER
DFAS-CO-JNC/MINUTE MAN
PO BOX 182266
COLUMBUS OH 43218-2266

SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK:

15. PROMPT PAY DISCOUNT **

16. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION ** ☐ 10 U.S.C. 2304 (C) ( )   ☐ 41 U.S.C. 253 (C) ( )

| 17. ITEM NO. | 18. SCHEDULE OF SUPPLIES/SERVICES | 19. QUANTITY | 20. UNIT | 21. UNIT PRICE | 22. AMOUNT |
|---|---|---|---|---|---|
| | REMITTANCE ADDRESS FOR EFT PAYMENTS: CHEMICAL BANK 55 WATER STREET NEW YORK NY 10041-0002 ABA# 021000128 ACCT# 323262678 TYPE "C" ** TO BE CITED ON EACH ORDER  CONTRACTOR  DUPLICATE ORIGINAL | | | | |

23. ACCOUNTING AND APPROPRIATION DATA    **

24. TOTAL AWARD AMOUNT (FOR GOVT. USE ONLY)    INDEFINITE

25. ☒ CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY CONTINUATION SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

26. ☐ AWARD OF CONTRACT: YOUR OFFER SHOWN IN BLOCK 4 INCLUDING ANY ARE SET FORTH HEREIN, IS ACCEPTED

Exhibit CL 28 Opp. to MSJ

27. SIGNATURE OF OFFEROR/CONTRACTOR
[signature]
NAME AND TITLE OF SIGNER TYPE OR PRINT
NICHOLAS G. SCHMOTTE
CONTRACT ADMINISTRATOR
DATE SIGNED June 14, 1995

28. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER)
[signature]
NAME OF CONTRACTING OFFICER
ROBERT W. DRIVER
DATE SIGNED 95 Jun 26

1447-101

STANDARD FORM 1447 (5-88)
Prescribed by GSA
FAR (48 CFR) 53.215-1(g)

PART I - THE SCHEDULE
SECTION B
SUPPLIES OR SERVICES AND PRICES/COSTS

B-1.    CLAUSES AND PROVISIONS

(a) Clauses and provisions from the Federal Acquisition Regulation (FAR) and supplements thereto are incorporated in this document by reference and in full text. Those incorporated by reference have the same force and effect as if they were given in full text.

(b) Clauses and provisions in this document will be numbered in sequence, but will not necessarily appear in consecutive order.

B-75.    SUPPLIES AND SERVICES TO BE ORDERED

Contractor shall furnish to the Government such **supplies and services** as the Government may order hereunder, subject to this Agreement.

PART I - THE SCHEDULE
SECTION D
PACKAGING AND MARKING

D-1.    PRESERVATION, PACKAGING, PACKING AND MARKING REQUIREMENTS

Preservation, packaging, packing, and marking requirements shall be set forth in the individual order.

PART I - THE SCHEDULE
SECTION E
INSPECTION AND ACCEPTANCE

E-1C.  52.246-1     CONTRACTOR INSPECTION REQUIREMENTS     APR 1984
                   (IAW FAR 46.301)
       (Applicable to orders under $25,000)

E-1D.  52.246-2     INSPECTION OF SUPPLIES--FIXED-PRICE     JUL 1985
                   (IAW FAR 46.302)
       (Applicable to all orders for supplies or services with supplies issued hereunder)

E-5.   52.246-4     INSPECTION OF SERVICES--FIXED-PRICE     FEB 1992
                   (IAW FAR 46.304)
       (Applicable to orders for services or supplies with services issued hereunder)

E-15.  52.246-11    HIGHER-LEVEL CONTRACT QUALITY REQUIREMENT (GOVERNMENT     APR 1984
                   SPECIFICATION)
                   (IAW FAR 46.311)
       For the purposes of this clause the blank(s) are completed as follows:

       (b) MIL-I-45208A INSPECTION SYSTEM
       (Applicable to all orders unless otherwise specified in the order)

E-16.  52.246-11    HIGHER-LEVEL CONTRACT QUALITY REQUIREMENT (GOVERNMENT     APR 1984
                   SPECIFICATION)
                   (IAW FAR 46.311)
       For the purposes of this clause the blank(s) are completed as follows:

       (b) MIL-Q-9858A QUALITY PROGRAM
       (Applicable only if specified in the individual order issued hereunder)

E-21.  52.246-15    CERTIFICATE OF CONFORMANCE     APR 1984
                   (IAW FAR 46.315)
       (Applicable to orders when Certificate of Conformance is specified)

E-22.  52.246-16    RESPONSIBILITY FOR SUPPLIES     APR 1984
                   (IAW FAR 46.316)
       (Applicable to all orders issued hereunder)