# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS

OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30. TRK

| | | | | | |
|---|---|---|---|---|---|
| 1. REQUISITION NUMBER | | | | | PAGE 1 OF |
| SEE SCHEDULE | | | | | |

| 2. CONTRACT NO. | 3. AWARD/EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| F34601-01-D-0155 | 27 JUN 2001 | | F41608-00-R-0057 | |

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME | b. TELEPHONE NUMBER (No collect calls) | 8. OFFER DUE DATE/ LOCAL TIME |
|---|---|---|---|
| | | | |

| 9. ISSUED BY | CODE | FA8104 |
|---|---|---|
| DEPARTMENT OF THE AIR FORCE OC-ALC/LPDAA DIR CONTRACTING/PROPULSION 3001 STAFF DR STE 2AC4/109B TINKER AIR FORCE BASE OK 73145-3032 | | |
| BUYER: TONY KYZER/LPDAA/[405]734-8104 | | |

**10. THIS ACQUISITION IS**
- [ ] UNRESTRICTED
- [ ] SET ASIDE: % FOR
  - [ ] SMALL BUSINESS
  - [ ] SMALL DISADV. BUS.
  - [ ] 8(A) OTHER ***

SIC:
SIZE STANDARD:

**11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED**
- [X] SEE SCHEDULE

**12. DISCOUNT TERMS**
NET 30 CALENDAR DAYS

- [X] 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

**13b. RATING**
DO A1

**14. METHOD OF SOLICITATION**
- [ ] RFQ
- [ ] IFB
- [ ] RFP

PAS #: NONE

| 15. DELIVER TO | CODE |
|---|---|
| SEE SCHEDULE B | |

| 16. ADMINISTERED BY | CODE S1504A |
|---|---|
| DCM INDIANAPOLIS ROLLS-ROYCE CORP 2001 SOUTH TIBBS AVE INDIANAPOLIS IN 46241-4812 | |

| 17a. CONTRACTOR/ OFFEROR CODE 63005 | FACILITY CODE |
|---|---|
| ROLLS-ROYCE CORPORATION 2001 S TIBBS AVE INDIANAPOLIS IN 46241 4893 | |
| TELEPHONE NO. | SIZE CODE: A |

SCD: C

| 18a. PAYMENT WILL BE MADE BY | CODE SC1032 |
|---|---|
| DFAS COLUMBUS CENTER DFAS-CO-JNC/MINUTE MAN PO BOX 182266 COLUMBUS OH 43218-2266 | |
| EFT: T | |

- [ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER
- 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED. [ ] SEE ADDENDUM SEE BLOCK #

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| SEE SCHEDULE<br><br>*** RESTRICTED | REMITTANCE ADDRESS: ROLLS-ROYCE CORP ACCOUNT 400-707764 ABA #021-000021 CHASE MANHATTAN BANK 1 CHASE MANHATTAN PLAZA NEW YORK, NEW YORK 10005 | | | | |

(Attach Additional Sheets as Necessary)

MAILING DATE
JUN 2 8 2001

OFFICIAL FILE COPY

| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AWARD AMOUNT (For Govt. Use Only) |
|---|---|
| SEE SECTION G | ESTIMATED $157,321,254.02 |

- [ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED.
- [X] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [X] ARE [ ] ARE NOT ATTACHED.

| 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN. [X] | 29. AWARD OF CONTRACT: REFERENCE ___ OFFER [ ] DATED ___ . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: |
|---|---|
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR<br>*[signature]* | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER)<br>*[signature]* |
| 30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT)<br>NORMAN D. BRITTON<br>CONTRACTS DIRECTOR | 30c. DATE SIGNED<br>26 June 01 | 31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT)<br>TONY R KYZER | 31c. DATE SIGNED<br>27 Jun 01 |

| 32a. QUANTITY IN COLUMN 21 HAS BEEN | 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR |
|---|---|---|---|
| [ ] RECEIVED [ ] INSPECTED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED | [ ] PARTIAL [ ] FINAL | | |
| | 36. PAYMENT [ ] COMPLETE [ ] PARTIAL [ ] FINAL | | 37. CHECK NUMBER |
| 32b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE | 32c. DATE | 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY |
| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) | |
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) | |
| | | 42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS |

AUTHORIZED FOR LOCAL REPRODUCTION

SEE REVERSE FOR OMB CONTROL NUMBER AND PAPERWORK BURDEN STATEMENT

STANDARD FORM 1449 (10-95)
Prescribed by GSA - FAR (48 CFR) 53.212

**Exhibit CL 85 Opp. to MSJ**

(IAW AFMCFARS 5347.305-10(a)(93))
(a) Items shall be packaged in accordance with American Society for Testing and
Materials (ASTM) Specification D3951-95, Standard Practice for Commercial Packaging.
Individual shipments exceeding 150 pounds, 108 inches in length, or 130 inches in
girth plus length shall be packaged on skidded crates or palletized to allow
handling by forklift.

## PART I - THE SCHEDULE
## SECTION E
## INSPECTION AND ACCEPTANCE

The Contractor shall maintain a quality system that addresses the elements of
ISO9001-ANS/ASOC Q9001. Quality System Model for Quality Assurance in Design/
Development, Production, Installation and Servicing.

"PQA" at Contractor's Manufacturing Facility, 2355 South Tibbs Avenue, Indianapolis, Indiana
46206. Final Inspection and Acceptance will be at origin at PDC, Louisville, KY. Inspection shall
be limited to a visual inspection of parts, quantity, packing, packaging, marking, signing the
Acceptance document, and other parameter as delegated by the Contract Administration Office.

The copy of the Invoice/Packing List included, as a shipping/receipt document will
have a preprinted stamp created for acceptance. The Government QA representative
will perform the required inspection and sign in the designated area on the
stamp. The official Government Eagle QA stamp is desired but not mandatory.

## PART I - THE SCHEDULE
## SECTION F
## DELIVERIES OR PERFORMANCE

F-23. 52.211-16   **VARIATION IN QUANTITY**      APR 1984
     (IAW FAR 11.703(a)) *See Proon 2 for Changr... Px, Vor.*
     **-5% deviation for all items with less than a $5,000.00 unit price.**

F-30. 52.247-29   **F.O.B. ORIGIN**      JUN 1988
     (IAW FAR 47.303-1©)

F-69. 52.247-57   **TRANSPORTATION TRANSIT PRIVILEGE CREDITS**    APR 1984
     (IAW FAR 47.305-13(b)(4))
     (d) **RATE PER CWT IN CENTS** _____
     **TO DESTINATION** _____

## PART I - THE SCHEDULE
## SECTION G
## CONTRACT ADMINISTRATION DATA

G-1.      **ACCOUNTING AND APPROPRIATION DATA**

     **TO BE CITED ON EACH ORDER ISSUED HEREUNDER**

G-51.      **TRANSPORTATION APPROPRIATION CHARGEABLE**