| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE OF PAGES 1 1 |
|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. F34601-95-G-0012-P00005 | 3. EFFECTIVE DATE 01 JUL 1997 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
| 6. ISSUED BY CODE FA8104 DEPARTMENT OF THE AIR FORCE OC-ALC/DIR CONTRACTING/PROPULSION 3001 STAFF DR STE 1AG8T TINKER AIR FORCE BASE OK 73145-3032 BUYER: ROBERT W DRIVER/PDPA/[405]739-5497 | | 7. ADMINISTERED BY (If other than Item 6) CODE S1501A DCMC INDIANAPOLIS 8899 EAST 56TH STREET INDIANAPOLIS IN 46249-5701 Payment Office: SC1032 | |

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

ALLISON ENGINE CO INC
2001 S TIBBS AVE
INDIANAPOLIS IN 46241 4893

SIZE CODE: A

CODE 63005    FACILITY CODE

| (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|
| | 9B. DATED (SEE ITEM 11) MAILING DATE 1997 JUL 01 |
| X | 10A. MODIFICATION OF CONTRACT/ORDER NO. F34601-95-G-0012 |
| | 10B. DATED (SEE ITEM 13) 95 JUL 01 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning __1__ copies of the amendment, (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
N/A

**13. THIS ITEM APPLIES ONLY TO MODIFICATION OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (x) | | |
|---|---|---|
| | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: CLAUSE IB-442, 5352.216-9009, TERM OF AGREEMENT, JUL 1992 |
| | D. | OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return __1__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

THIS MODIFICATION CONSTITUTES THE ANNUAL REVIEW REQUIRED BY CLAUSE IB-442.
ACCORDINGLY, PAGES 2 THROUGH 58 ATTACHED HERETO, SUPERSEDE PAGES 2 THROUGH 57
OF MODIFICATION P00003 TO THE BASIC ORDERING AGGREEMENT (BOA).

**DUPLICATE ORIGINAL**    CONTRACTOR

Exhibit CL 86 Opp. to MSJ

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remain in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) M. Devon Kennerly Contracts Manager | 16A. NAME AND TITLE OF CONTRACTING OFFICER ROBERT W. DRIVER CONTRACTING OFFICER | |
|---|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED 24 JUN 97 | 16B. UNITED STATES OF AMERICA BY (Signature of Contracting Officer) | 16C. DATE SIGNED 97/JUN 30 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
PRESCRIBED BY GSA
FAR (48 CFR) 53.243

Lusby v Rolls-Royce    RR00000059